# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

_Santangelo Vincent_
Name under which you were convicted

_272282_
Your prison number

vs.

CIVIL ACTION NO. **1:17-CV-110-CG-B**
(To be supplied by Clerk of Court)

**A.D.O.C. (CERT),et.al**
Name of Defendant(s)

**HOLMAN C.F. Holman Unit 3700 Atmore Al, 36503**
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

  If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

  If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

  Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.


**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )      No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )      No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1.  Parties to this previous lawsuit:

Plaintiffs: _____ N/A _____

_____

Defendants: _____ N/A _____

_____

   2.  Court (if federal court, name the district; if state court, name the county): _____ N/A _____
_____

   3.  Docket Number: _____ N/A _____

   4.  Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No (X )

   5.  Name of judge to whom the case was assigned: _____ N/A _____

   6.  If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.
        N/A
_____

_____

_____

   7.  Approximate date of filing lawsuit: _____ N/A _____

   8.  Approximate date of ruling by court: _____ N/A _____

## II.  YOUR PRESENT COMPLAINT.

A.  Place or institution where action complained of occurred: __Holman C.F. Bravo Unit__

B.  Date it occurred: __November 9, 2016__

C.  Is there a prisoner grievance procedure in this institution? _____No_____

D.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )     No (**X**)

E.  If your answer is YES:

    1.  What steps did you take? _____**N/A**_____

    2.  What was the result? _____**N/A**_____

F.  If your answer is NO, explain why not: __No Grievance__

G.  Your claim (<u>briefly</u> explain your claim:  what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

_____**See Ahachment**_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

<u>ATTACHMENT TO MY 42 USC §1983 CIVIL ACTION</u>

G. YOUR CLAIM.

On November 7, 2016, members of the Alabama Department of
Corrections C.E.R.T., Correctional Officer Scarborough and other
Correctional Officers assigned to Holman Correctional Facility
entered Bravo Unit (B-Dorm) to conduct the institutional count,
at this time Holman Correctional Facility was in a serious crisis
due to the overcrowding conditions of the entire Alabama
Department of Corrections and the lack of Correctional Officers
to protect and control the inmates, which resulting in the inmate
(s) putting up makeshift tents to gain some space from the inmate
he shares the 5'x6' living area with.

Once inside Bravo Unit and instructed the inmates to remove
the makeshift tents they had around their beds while the inmates
was removing the tents, one of the C.E.R.T.Members aggressively
broke a stick from off an inmate bed Quandarian Falkner, as
he was removing the tent from around his assigned bed, the
C.E.R.T. Member action in aggressively breaking the stick
resultesd in a reaction from the C.E.R.T.Members, Correctional
Officers present and the Inmates, after a brief stillness, the
count was conducted and the C.E.R.T.TEAM Members and Count Team
exited the dorm.

Approximately two days later on November 9, 2016, at
approximately 6:30 a.m. over 50 members of the Alabama Department
of Corrections C.E.R.T.TEAM, entered Bravo Unit armed with their
Riot Gear(Helmets with face Shields, Neck Collar, Body Vest,
Shields, Arms and Legs Gear), and Shotguns, Knives, Mace and
Sticks, while at least One-Hundred (100) of the One-Hundred
and Fourteen (114), inmates assigned to Bravo Unit was sound
asleep, and immediately Assaulted the inmates like they were
Animals, without provocation, because the majority of the inmates
were Harmlessly asleep, after about 35 to 45 minutes of
assaulting the inmates, the C.E.R.T.TEAM Members¹ placed
Plastic Restraining Tyes on the inmates to lay face down on
their beds while other C.E.R.T.TEAM members was parading up
and down Bravo Unit still assaulting and Harrassing the inmates
and making statements belittling the inmates and making fun
of those that had Gang Affiliation, statements like:"Where the
GD's, Crips and Bloods at now", "Aryan Brotherhood & Nations
where yall at", on "C.E.R.T. We will beat your Ass", "Yall
Bitches and FucK Niggers stood up the other day Standup now...On
C.E.R.T. we will beat your Ass", "Yall old Mutha Fuuckers in
this Dorm yall better move to D & E Dorms, because when we come
back, We going to beat some more of yall Ass Too".

---

1. Because the Alabama Department of Corrections C.E.R.T.TEAM
Members, that entered Bravo Unit that Morning had their full
full Riot Gear on, with no name tags and faces partially
concealed, making it impossible to identify them at that time.

" Yall Stabbed Warden Davenport and Killed Officer Bettis, pull something out now on C.E.R.T. we will beat your Ass". After the Assaults some of the inmates that were Assaulted unmercifully were taken to the infirmary, however, a lot of the injured inmates were refused a body chart and treatment by the nurses on duty, and was instructed to sign up for sick call, causing the inmates not to recieve a body chart and treatment until days after the assault.

ATTACHMENT OF MY CLAIM SET OUT IN THE FACTS BELOW:

On Nov 9, 2016 at 6:30 am I was asleep in my bed until I hear alot of noise coming from the front of the dorm I hear alot of cursing, screaming they're telling get the Fuck down. I raise my head up and So numerous Cert team members dressed in Riot Gear. My first instinct was to lay back down face down, hands behind my back and cross my legs. While I did this I hear inmates screaming in agony please stop, I didn't do anything. They made their way to my bed I was punched, slapped, hit with Sticks and called bitches and Etc. I was hit in the side with Sticks, across my head like 2 times and my cut partner was beat unmercifully to the point where he wasn't even moving I Seen out the corner of my eyes. I hear officers Stating "this is what happens when you go against the Cert!" "ya'll wanna pull Knives out on officers? People were beat so bad that they tormented guys to the point of calling there Selves out of name cause they were applying So much force. When I was placed in the Plastic restraints that's when it got worse, I felt feet being applied to my leg area up my spine it hurt so badly I could hardly breathe's I feared for my life later that day we were denied medical assistance and told to fill Sick call. The Phones do not Work in the unit So I was not able to call my family period. Tried to Speak to the nurse about a body chart the Captain fails denied that else.

III. <u>PARTIES</u>.

A. <u>Plaintiff</u> (Your name/AIS): _Santangelo Vincent - 272282_

      Your present address: __Holman Unit 3700 Almore Al, 36503__

B. <u>Defendant(s)</u>:

1. Defendant (full name) _____ is employed as _____ at _____.

     His/her present address is ___**See Ahachment**_____.

     (a)  Claim against this defendant: _____**See Ahachment**_____

_____.

     (b)  Supporting facts (Include date/location of incident):

_____

_____

_____

2. Defendant (full name) _____ is employed as _____

at _____.

     His/her present address is _____.

     (a)  Claim against this defendant: _____

_____.

     (b)  Supporting facts  (Include date/location of incident):

_____

_____

_____

3. Defendant (full name) _____ is employed as _____

at _____.

     His/her present address is _____.

(a)  Claim against this defendant: _____

_____.

(b)  Supporting facts  (Include date/location of incident):

_____**See Ahacment**_____

_____

_____

C.  <u>Additional Defendants</u>:  (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.**  **A.**  You must answer the following questions:

1.  State the conviction(s) for which you are presently incarcerated: *Robbery 2nd / Assault 2nd*

_____

2.  When were you convicted? *August 2016*_____

3.  What is the term of your sentence? *20 years*_____

4.  When did you start serving this sentence? *2016*_____

5.  Do you have any other convictions which form the basis of a future sentence?
Yes ( )      No (✓)

If so, complete the following:

(a)  Date of conviction: _____

(b)  Term of sentence: _____

6.  What is your expected end of sentence (E.O.S.) date? *2030*_____

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|             | Conviction    | Sentence      |
|-------------|---------------|---------------|
| Reversed    | yes( ) no( )  | yes( ) no( )  |
| Expunged    | yes( ) no( )  | yes( ) no( )  |
| Invalidated | yes( ) no( )  | yes( ) no( )  |

6

## ATTACHMENTS TO 42 U.S.C.§ 1983 COMPLAINT

III. PARTIES.

B. DEFENDANTS

     1. Jefferson Dunn is employed as Commissioner of the Alabama Department of Corrections. Dunn address is 301 South Ripley Street Montgomery, Alabama 36130.

     Dunn is responsilble for overseeing the operation of each of the facility within the Alabama Department of Corrections, including Holman and is Responsible for tge writing, implimentation and enforcements of the Regulations, Policies and Customs of the Alabama Department of Corrections.

Claims against Dunn.

I. Assault & Battery

II. Excessive Force

III. Implimentation of the procedures used.

IV. Failure To Protect

Supporting Facts:

     Plaintiff re-alleges the facts of his Claims as set out in Section II. G. of this Complaint, and adopts and incorporates herein. ( Attachment to Complaint)

     2. Grantt Culliver is employed as Associate Commissioner of the Alabama Department of Corrections. Culliver address is 301 S. Ripley St. Montgomery, Al. 36130.

     Culliver is Commander and Chief of the CERT Team, and is responsible for Overseeing and operation of Holman Prison and ensuring that the Employees and Inmates are protected and provided medical Care.

Claims against Culliver

I. Assault & Battery

II. Excessive Force

III. Implimentation of the Procedure Used

IV. Failure to Protect

Supporting Facts

    Plaintiff realleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorporates herein. ( See Attachment to Complaint G. YOUR CLAIM. )

    3. Cynthia Stewart is employed as Warden III at Holman Correctional Facility. Stewart address is Holman Unit 3700 Atmore, Al.   36503-3700.

    Stewart is responsible for the day to day operation of Holman Correctional Facility and is responsible for the safety and protection of the inmates and ensuring that the inmates receive medical Care.

Claims against Stewart

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. DEnial of Medical Care

Supporting Facts:

    Plaintiff realleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorperates herein. ( See Attachment to Complaint G. YOUR CLAIM. ).

    4. Terry Raybon is employed as Warden II, at Holman Correctional Facility. Raybon address is Holman Unit 3700 Atmore, Al.   36503-3700

    Raybon is Responsible for the Security of Holman Prison  and ensuring that the laws, Regulation & Policies are followed and that the inmates are protected and

provided Medical Care.

Claims against Raybon

I. Assauslt & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. Denial of Medical Care

Supporting Facts:

    Plaintiff realleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorporates herein. ( See Attachment to Complaint G. YOUR CLAIM. ).

    5. C. Mitchell is employed as Warden I at Holman Correctional Facility. Mitchell Address is Holman Unit 3700 Atmore, Al.   36503.

    Mitchell is responsible for the Security of Holman Prison and ensuring that the laws , regulations & Policies are followed and that the inmates are protected and pro-vided Medical Care.

Claims against Mitchell

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV.Denial of Medical Care

    6. Darryl Failsure is employed as Captain of the Holman Prison. Fails address is Holman Unit 3700 Atmore Alabama 36503.

    Captain Failsure is responsible for the security of the prison and ensuring that the laws, policies and procedures are being followed, and ensuring tht the inmate are protected and provided medical care.

Captain Fails is responsible for the security of the prison and ensuring that the laws, policies and procedures are being followed, and ensuring that the inmates are protected and provided medical care.

### Claims against Captain Failsure:

I. Assualt & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. DENIAL OF Medical Care

**Supporting Facts:**

Plaintiff re-alleges the facts of his claim as set out in section II. G. of the complaint, and adopts and incoporates herein. (See attachment to complaint G. YOUR CLAIM.)

7.    Ashley Kidd is employed as Leuitenant at Holman Correctional Facility. Kidd address is Holman 3700 Atmore, Alabama 36503.

Kidd is responsible for supervising and ensuring that the laws, regulations & polices are followed and that the inmates are protected and provided Medical Care.

### Claims against Kidd:

I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

**Supporting Facts:**

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

8. Officer Scarborough is employed as a Correctional Officer at Holman Correctional Facility. Scarborough address is Holman Unit 3700 Atmore, Alabama 36503.

Scarborough is responsible for the security of the prison and to protect the inmates from assaults, and ensure Medical Care.

### Claims against Scarborough:

I. Assault and Battery

II. Failure to Protect/Intervene

III. Excessive Force

### Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

9.   Officer Timothy Vignolo is employed as a Correctional Officer at Holman Prison. Vignolo address is Holman Unit 3700 Atmore Alabama 36503

Timothy Vignolo is responsible for the security of the prison and to Protect the inmates from assaults and ensure Medical Care. Vignolo was assigned to Bravo Unit at the time of the Incident.

### Claims against Vignolo:

I. Assault & Battery

II. Failure to Protect/Intervene

III. Excessive Force

IV. Denial of Medical Care

### Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

10.   Cubicle Officer assigned to Cubicle 1. at 6:30AM on November 9. 2016., is employed by Alabama Department of Corrections, as Correctional Officer, [2]This defendant address is Holman 3700 Atmore Alabama 36503.

---

[2]Plaintiff preserve the right to Amend his Complaint upon discovery of this Specific Defendant Identity

**Claims against this defendant:**

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. Denial of Medical Care

**Supporting Facts:**

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment of Complaint G. YOUR CLAIM.)

11.   Nurse N. Walls is employed as a Nurse at Holman Prison Infirmary and is responsible for providing Medical Services to the inmates at Holman by Corizon and Alabama Department of Corrections. Walls address is Holman 3700 Atmore Alabama 36503

12.   Nurse Langford is employed as a nurse at Holman Prison Infirmary and is responsible for providing Medical Services to the inmates at Holman Prison by Corizon and Alabama Department of Corrections. Langford address is Holman Unit 3700 Atmore Alabama 36503.

13.   Nurses 1, 2, 3, 4, is employed as nurses and/or Dental or Medical Assistants who were employed by Alabama Department of Corrections, to provide Medical Care to inmates at Holman Prison, and were so employed on November 9, 2016, and were present in the Infirmary during the hours of 6:30AM thru 6:30PM, and refuse to provide a body chart and Medical Care to the inmates assaulted. [3] This defendants address is Holman Unit 3700 Atmore Alabama 36503-37

**Claims against Defendants 11, 12, 13,.**

I. Denial of Medical Care

II. Inadequate treatment

---

3. The names of these defendants will be amended to the Complaint because the Plaintiff was denied access to Infirmary and/or no Medical Care; Inadequate Care; and Treatment, these defendants, for Plaintiff to be specific as to his claims, will Amend such upon Discovery of defendants names.

**Supporting Facts:**

Plaintiff re-alleges the Facts of his claims as set out in Section II. G. of this Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

**14. All Alabama Department of Corrections Emergency Response Team ( CERT ) Members,** that entered Holman Correctional Facility on November 9, 2016, including those present on cite at the time of the Assaults, between the hours of 5:30am---3:00pm, The CERT MEMBERS, includes but not limited to, **McQuirter, Fountain, Bullard, Smith, J. Pryor, J. Staniford, S. Terry, D. Whitley, D. Dennis, J. Griffin, B. Walker, Duren, W. Streeter, Arthur, J. Baldwin, Lewis, Fleeton, Harrison, Robinson, Snelson, Brown, Edmund, Parker, J. Wilson, Knight, Mixon...** **4.**

The CERT Members are employed by the Alabama Department of Corrections at various Correctional Facilities around the State. Their principal address is 301 South Ripley Street Montgomery, Al. 36130.

The CERT Members, though they hold different positions and rankings as Correctional Officials, On November 9, 2016, they were responsible for the safety and protection of the inmates at Holman Prison and to ensure receipt of Medical Care.

**Claims against CERT Members:**

1. Assault & Battery
2. Excessive Force

---

4. As previously mentioned because the CERT Members concealed their identity during the Assaults, Plaintiff request leave to Amend Complaint upon Discovery.

3. Failure to Protect/Intervene

4. Denial of Medical Care

**Supporting Facts:**

Plaintiff realleges the facts of his claims as set out in Section II. G. of this Complaint and adopts and incorporates herein. ( See Attachment to Complaint G. YOUR CLAIM. ).

Writ of habeas  yes( ) no( )          yes( ) no( )
corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your
conviction or sentence and the date: _____N/A_____

V.  State briefly exactly what you want the Court to do for you if you win (make no legal argument,
cite no cases or statutes):

**$150,000 Against Each Defendant Punitive Damages, Declaratory**
**and Injunctive relief trial by jury, state law claims of assault**
**& battery, slander and any other relief as the law and this**
**Court deem just.**

VI.  AFFIRMATION.  By my signature below, I swear or affirm under penalty of perjury that the
facts set out in this complaint are true and correct.

_12/9/16_
Date

_Santangelo Vincent_
(Signature of Plaintiff Under Penalty of Perjury)

**Holman Unit 3700**
Current Mailing Address

**Atmore Al, 36503**

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Santangelo D. Vinent #272282
Holman facility (M-43)
1240 Ross Rd.
Atmore, AL 36502

Office of the Clerk
U.S. District court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.96⁰
0000887520      MAR 09 2017
MAILED FROM ZIP CODE 36502

USA FOREVER

Legal Mail

Legal Mail