## CERTIFICATE OF RECORDS

I hereby certify that I am the legal custodian and keeper of the records of the Vincent Santangelo and that the documents attached hereto are true and accurate copies of documents pertaining to Vincent Santangelo ATS: 272282 as they appear on record and on file in my office at Holman Correctional Facility

I further certify that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

Signed this the 26 day of July, 2017.

_Debora Marshall_
CUSTODIAN OF RECORDS

Sworn to and subscribed before me this 26 day of July, 2017.

_Jennifer R. Parker_
NOTARY PUBLIC

My Commission Expires: **My Commission Expires 3/26/2020**

Exhibit L



Alabama Departm~ ~ Correction~

## HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME_ | VINCENT, SANTANGELO    BM    272282
DOB:                          JEFFERSON
DOA: 07/29/2015 | D.O.B. _____

Known Allergies: _ΠΚΑ_____

1. **Mental Health Codes:**
   MH-0, MH-1, MH-1-a, MH-1-b, MH-1-c, MH-2, MH-3, MH-3a, MH-4, MH-5, MH-6, MH-9

2. **Medical Health Care Codes:**
   HC-1, HC-2, HC-3, HC-4, HC-5, HC-5-a, HC-5-b, HC-5-c, HC-5-d, HC-6 (with subset), HC-7

3. **List Long-Term Chronic Problems** (* If Asthmatic record as; Mild, Moderate, or Severe)

4. **Note DNR, Advance Directive/Living Will as obtained.  Note date timed-out and/or date rescinded**

| Date Identified: | Provider Name: | Items: 1, 2, 3 | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | Item: 4. DNR, Living Will, Advance Directives |
|---|---|---|---|---|---|---|---|
| 07/3b/15 | PP D | | | | | HC-7 | |
| 11-3-16 | Arnold | PPD 0mm | | | | | |
| 11/7/16 | Arnold | | | | | HC-1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | CONFIDENTIAL & PRIVILEGED Quality Improvement Information | | |
| | | | | | | | |

ADOC – OHS form H-1-a
06/2008; Revised 5/2015

© 2015 Corizon Health, Inc.

Exhibit L



Alabama Department of Corrections
## Health Coding Guidelines Form

| **Health Code** | **Status** | **Placement Guideline** |
|---|---|---|
| / Health Code 1 | Healthy Status, Stable, Infrequent Access to Health Care | Any Institution: In or Out of State |
| ____ Health Code 2 (females) | Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) | In State Hold |
| ____ Health Code 3 | Health Intervention Incomplete | Hold at Current ADOC Institution |
| ____ Health Code 4 | May Require Prompt Access to 24/7 Health Care Unit Staff | House in Major Institution or within Close Proximity to Major Institution |
| ____ Health Code 5 (Check Subset) ___5-a Dialysis ___5-b Respiratory Suspect ___5-c Direct Observation Chemo-Therapy ...................................... -> ___5-d Pregnancy / Post Pregnancy Recovery | Requires Specialized Treatment at a Designated Health Unit | Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance  Twice Daily Nurse Visit & Telemedicine |
| ____ Health Code 6 (List Subsets) _____ _____ _____ | Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |
| ____ Health Code 7 | Cognitive Disorder / Alzheimer's Environment Consideration | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |

Provider Comments: _____
_____
_____

Provider Signature: _____   Title: MD   Date: 1/9/11

Inmate Name: Vincent, Santangelo   AIS#: 272282   D.O.B ████

Institution: Holman

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Note:
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

Vincent S
272882



# Annual Vaccination Record

## PPD

| Date Given mo/da/yr | Site Given L-FA or R-FA | Nurse Signature | Date PPD Read mo/da/yr | Results | Nurse Signature | If positive MD or CRNP notified & orders written |
|---|---|---|---|---|---|---|
| 7-28-15 | LFA | _(signature)_ LPN | 7/31/15 | 0 | _(signature)_ | |
| 11-3-16 | LFA | _(signature)_ | 11-6-16 | 0mm | _(signature)_ | |

## Hepatitis A/B

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

| | 0 Days | | 7 Days | |
|---|---|---|---|---|
| Facility | 1st Dose Date | Nurse Signature | 2nd Dose Date | Nurse Signature |
| | | | | |

| | 21-30 Days | | Booster at 12 months | |
|---|---|---|---|---|
| Facility | 3rd Dose Date | Nurse Signature | 4th Dose Date | Nurse Signature |
| | | | | |

## Hepatitis B

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

_____ Refusal Signed    _____ Date    _____ Nurse Signature

| | 0 Day | | 30 Day | |
|---|---|---|---|---|
| Facility | 1st Dose Date | Nurse Signature | 2nd Dose Date | Nurse Signature |
| | | | | |

| | 6 Months | |
|---|---|---|
| Facility | 3rd Dose Date | Nurse Signature |
| | | |

## Tetanus

| Date Given mo/da/yr | Site Given | Nurse Signature | Comments |
|---|---|---|---|
| | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

## Annual Vaccination Record

**Influenza**

| _____ ✓ | Refusal Signed | 10-7-15 Date | D Vandee | Nurse Signature |
| _____ | Refusal Signed | _____ Date | _____ | Nurse Signature |
| _____ | Refusal Signed | _____ Date | _____ | Nurse Signature |

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Pneumoccal**

| _____ | Refusal Signed | _____ Date | _____ | Nurse Signature |
| _____ | Refusal Signed | _____ Date | _____ | Nurse Signature |
| _____ | Refusal Signed | _____ Date | _____ | Nurse Signature |

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**\* All vaccination forms must be moved to the newest volume of the medical record.**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

AL-1001B-CMS Annual Vaccination Record
Page 2 of 2

Page 5

Exhibit L

**Alabama Department of Corrections**
<u>**Inmate Periodic Health Assessment – Form E-4-(a)**</u>



# ADOC

## INMATE NAME # Vincent Santangelo

## AIS# 272282

## DOB#

**Annual Assessment
Five Year Record**

Year 2016     to     Year 2020

**This form must be placed and maintained in the current working Medical Record**
<u>**Move form forward until next five year cycle is completed**</u>

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| | | | QUESTIONS |
|---|---|---|---|
| | | | Year: |
| **Every Year** | 1. | | Today's Date: |
| | 2. | | Current Age of Inmate: |
| | 3. | | Blood Pressure: |
| | 4. | | Temperature: |
| | 5. | | Pulse: |
| | 6. | | Respirations: |
| | 7. | | Current Weight: |
| | 8. | | Weight 6 Months (no less than) Ago: |
| | 9. | | Pounds Gained or Lost (+/-) = |
| | 10. | | "Are you having any medical problems or symptoms?" |
| | 11. | | Random Finger Stick Blood Sugar Results: |
| | 12. | | PPD Skin Test Results (in mm's): |
| | 13. | | TB Health Screening Form (skin test contraindicated, now on or previously on TB medication). Results: |
| | 14. | | Sexually Transmitted Diseases Education Provided – Inmate / Health Person Initials: |
| | 15. | | Personal Hygiene and Hand Washing Education Provided – Inmate / Health Person Initials: |
| | 16. | | Breast (female) / Testicular (male)  Self Exam Education Provided – Inmate / Health Person Initials: |
| | 17. | | Vaccination Status Current: |
| *Female:* | 18. | | Last 3 consecutive PAP Smear results normal (if any are abnormal or unknown a PAP Smear is needed): |
| | 18. a. | | PAP Smear: |
| | 18. b. | | Breast Exam: |
| | 18. c. | | Health Care Professional Signature / Title: |
| **\*Age 40 or Over** | 19. | | Mother, father, sister, or brother known with colon cancer? (*If yes; rectal exam with stool for occult bld.): |
| **Age 50 or Over** | 20. | | Rectal Exam: |
| | 21. | | Stool for Occult Blood: |
| | 22. | | Health Care Professional Signature / Title: |
| | 23. | | Oral Screening: |
| | 24. | | Health Care Professional  Signature / Title: |
| | 25. | | Oral Hygiene Instruction Provided – Inmate / Health Person Initials: |
| | 26. | | Snelling Eye Exam |
| | 27. | | Without Corrective Lens: |
| | | | With Corrective Lens: |
| **Every Two Years** | 28. | * Age Appropriate or Clinically Indicated | Oral Screening: |
| | 29. | | Oral Screening completed by (Health Care Professional Signature/Title): |
| | 30. | | Oral Hygiene Instruction Provided – Inmate / Health Person Initials: |
| | 31. | | Snelling Eye Exam |
| | 32. | | Without Corrective Lens: |
| | | | With Corrective Lens: |
| *Female:* | 33. | Age 40 or Over | * Mammogram: |
| **Every Three Years** | 34. | | Fasting Lipid Panel: |
| | 35. | | Syphilis Serology: |
| | 36. | | Urine Chemistry (chemstrip/dipstick): |
| *Female:* | 37. | | PAP Smear: |
| *Female:* | 38. | | Gonorrhea Screen: |
| *Female:* | 39. | | Chlamydia Screen: |
| *Female:* | 40. | | Breast Exam: |
| | 41. | | Health Care Professional Signature / Title |
| **Every Five Years** | 42. | * Age Appropriate or Clinically Indicated | EKG: |
| | 43. | | *Rectal Exam: |
| | 44. | | Stool for Occult Blood: |
| *Male:* | 45. | | * Prostate Exam: |
| *Male:* | 46. | | Testicular Exam: |
| | 47. | | Health Care Professional Signature / Title: |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: Vincent Santangelo   AIS# 272282   D.O.B ▮▮▮

Exhibit L

**Alabama Department of Corrections**
## Inmate Periodic Health Assessment – Form E-4-(a)

| Year 1 | RESPONSE Institution: Holman | Year 2 | RESPONSE Institution: | Year 3 | RESPONSE Institution: |
|---|---|---|---|---|---|
| 1. | 11-3-16 | 1. | | 1. | |
| 2. | 25 | 2. | | 2. | |
| 3. | 12/18/64 | 3. | | 3. | |
| 4. | 99.8 | 4. | | 4. | |
| 5. | 95 | 5. | | 5. | |
| 6. | 96 | 6. | | 6. | |
| 7. | 184 lbs. | 7. | lbs. | 7. | lbs. |
| 8. | 157 lbs. | 8. | lbs. | 8. | lbs. |
| 9. | +3 lbs. | 9. | lbs. | 9. | lbs. |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | 10. | No / Yes (see notes) |
| 11. | 116 | 11. | | 11. | |
| 12. | 0 mm's | 12. | mm's | 12. | mm's |
| 13. NA | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) |
| 14. | 8V / GG | 14. | / | 14. | / |
| 15. | 8V / GG | 15. | / | 15. | / |
| 16. | 8V / GG | 16. | / | 16. | / |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | 17. | Yes / No (see notes) |
| 18. NA | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) |
| 18. c. | | 18. c. | | 18. c. | |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | 19. | No / Yes (see results below) |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) |
| 22. | | 22. | | 22. | |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) |
| 24. | | 24. | | 24. | |
| 25. | / | 25. | / | 25. | / |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 26. | / / | 26. | / / | 26. | / / |
| 27. | / / | 27. | / / | 27. | / / |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) |
| 29. | | 29. | | 29. | |
| 30. | 8V / | 30. | / | 30. | / |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 31. | / / | 31. | / / | 31. | / / |
| 32. | / / | 32. | / / | 32. | / / |
| 33. NV | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) |
| 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) |
| 35. 1/15 | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) |
| 36. 1/15 | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) |
| 37. NA | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) |
| 41. | | 41. | | 41. | |
| 42. 9/15 | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see notes) |
| 43. NA | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) |
| 47. | | 47. | | 47. | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: Vincent, Santangelo   AIS# 272282   D.O.B. [redacted]

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| | RESPONSE | | RESPONSE | Health Care Codes: |
|---|---|---|---|---|
| Year 4 | Institution: | Year 5 | Institution: | |
| 1. | | 1. | | **Year 1** |
| 2. | | 2. | | Current Health Care Code: / |
| 3. | | 3. | | Provider Signature / Date: |
| 4. | | 4. | | |
| 5. | | 5. | | **Year 2** |
| 6. | | 6. | | Current Health Care Code: |
| 7. | lbs. | 7. | lbs. | Provider Signature / Date: |
| 8. | lbs. | 8. | lbs. | |
| 9. | lbs. | 9. | lbs. | **Year 3** |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | Current Health Care Code: |
| 11. | | 11. | | Provider Signature / Date: |
| 12. | mm's | 12. | mm's | |
| 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | **Year 4** |
| 14. | / | 14. | / | Current Health Care Code: |
| 15. | / | 15. | / | Provider Signature / Date: |
| 16. | | 16. | | |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | **Year 5** |
| 18. | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | Current Health Care Code: |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | Provider Signature / Date: |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | |
| 18. c. | | 18. c. | | **Year 1 Assessment Conducted by:** |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | Health Care Professional Signature / Date: |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | |
| 22. | | 22. | | **Year 2 Assessment Conducted by:** |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | Health Care Professional Signature / Date: |
| 24. | | 24. | | |
| 25. | / | 25. | / | |
| | OD / OS / OU | | OD / OS / OU | **Year 3 Assessment Conducted by:** |
| 26. | / | 26. | / | Health Care Professional Signature / Date: |
| 27. | / | 27. | / | |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | |
| 29. | | 29. | | **Year 4 Assessment Conducted by:** |
| 30. | / | 30. | / | Health Care Professional Signature / Date: |
| | OD / OS / OU | | OD / OS / OU | |
| 31. | | 31. | | |
| 32. | / | 32. | / | **Year 5 Assessment Conducted by:** |
| 33. | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) | Health Care Professional Signature / Date: |
| 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) | |
| 35. | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) | |
| 36. | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) | **Begin Next Five Year** |
| 37. | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) | **Periodic Health Assessment Cycle:** |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | **Month:** |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | |
| 41. | | 41. | | **Year:** |
| 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | |
| 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | ADOC – Office of Health Services |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | Policy and Procedure E-4 |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 2nd Edition December 1, 2011 |
| 47. | | 47. | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: Vincent, Santungelo   AIS# 272282   D.O.B.

Attachment 2



## T.B. Screening Form

Skin Test Positive Date: __NA__      MM Reading:_____   Today's Date: __11-3-16__

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | ✓ |
| Fever / Chills | _____ | ✓ |
| Hoarseness | _____ | ✓ |
| Chest Pain | _____ | ✓ |
| Weight Loss | _____ | _____ |

Usual Weight _____

Present Weight __164__

| | Yes | No |
|---|---|---|
| Night Sweats | _____ | ✓ |
| Excessive Fatigue | _____ | ✓ |
| Dyspnea | _____ | ✓ |
| Productive Cough (more than 3 weeks) | _____ | ✓ |

IF YES:
Sputum Production _____      Color _____

　　　　　Consistency _____

Hemoptysis _____

HIV Positive ____0 Patisand_____   11/4/16

Nurse Signature __EBray RN_____   Date __11-3-16__

*Chest X-Ray & Sputum if any YES answers (excluding HIV).*

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Vincent Santangelo | 272282 | ■■■■■ | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

AL-DOC TB Screening Form
Revised 4/2016

© 2016 Corizon Health, Inc.

Exhibit L

**Alabama Department of Corrections**

**INMATE FOOD SERVICE CLEARANCE**



---

**CURRENT SYMPTOM SCREENING (REQUIRED FOR CLEARANCE):**

| | | |
|---|---|---|
| Diarrhea? | ☐ Yes | ☑ No |
| Vomiting? | ☐ Yes | ☑ No |
| Jaundice? | ☐ Yes | ☑ No |
| Sore throat with fever? | ☐ Yes | ☑ No |
| Infected Cut or Open and/or Draining wound? | ☐ Yes | ☑ No |
| TB symptoms screening negative? (complete TB Symptoms Screening form) | ☑ Yes | ☐ No |
| Heat Related Restrictions? | ☐ Yes | ☑ No |

---

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she **is** medically cleared as a food service worker at this time.

☐ He/she **is not** medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: _____ days / months (circle one).

_____ / _____          _____
Licensed Health Care Professional Signature / Title          11-3-16
Date

---

INMATE NAME: Vincent Santangelo          AIS #: 272292          DOB: [redacted]          INSTITUTION: Holman

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

File:
Original in Health Record
Copy to ICS

NA0145AL
Issued 12/2014

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

© 2014 Corizon Health, Inc.

Exhibit L

Alabama Department of Corrections
**Inmate Consent for Verbal Communication / Release of Current Health Status**



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - <u>after</u> the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS H-2-c.

This form is recognized as current if signed by the inmate and dated within the <u>past twelve (12) rolling calendar months</u>. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).

...................................................................................................................................................

I understand this authorization is valid for <u>365 days</u>, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my current health status with the following family members:

Name _____   Family Relationship *Sister*

Address _____   Phone Number _____

Name _____   Family Relationship *grandmother*

Address _____   Phone Number _____

Inmate Name (printed): _Vincent, Santangelo_

AIS # : _272202_                          Date of Birth _____

Inmate Signature: ___ Santangelo Vincent _____

_____   Title _____   Date _11/3/16_
Authorized Health Care Professional   (signature)

082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

# ADOC

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

▮▮▮▮▮▮▮▮▮▮▮

*Sister*

| Name | Relationship |
| --- | --- |

▮▮▮▮▮▮▮▮▮▮▮

| Street Address | | Phone Number |
| --- | --- | --- |

▮▮▮▮  *AL*

| City | State | Zip Code |
| --- | --- | --- |

X  *Santangelo Vinant*   *272282*   *11-31-16*

| Inmate Signature | Doc# | S.S.# | Date |
| --- | --- | --- | --- |

*Witness*   *11-31-14*

| Witness | Date |
| --- | --- |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
| --- | --- | --- | --- | --- |
| Vincent, Santangelo | 272282 | ▮▮ | Bm | HCF |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

AL-70003-CMS Notification of Next of Kin

Page 13

Exhibit L

 

## Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

I need to have my ribs checked to see if my ribs are broken.

Name (print): Santangelo Vincent   AIS # 272282   Date of Birth ■■■

Institution: Holman   Housing Area: K-33   Date: 7/18/17

Sick Call Form Collected by Health Staff: _____ (initials) Title: N   Date: 7/16/17   Time: 0300

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter Not Required   (1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required   (1) _____ Bring to HCU at this time for further evaluation

(2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: 7/16/17

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 _____ Resolved by Nurse Encounter   2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**   (a) _____ Medical Provider

_____ $4.00 - Nurse   (b) _____ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge   (c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**   (d) _____ Other:_____

Inmate Name _____   AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
CP7166AL   Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

Exhibit L



**CORIZON** HEALTH

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: _Holman_   Date: _7/16/17_   Time: _0100_

Individual Requesting Body Chart (print name): _~~Day~~ al Pace_   Title: _Sgt_

**Inmate statement:**

" _Nothing_ "

**Description of markings:**

VS: Bp-121/90 p-112 T-98 D²sat-98%. Multiple
Contusions ⊕ side & head. as marked above.
Denies any further c/o. Disposition → DVC placement.

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _C. Ronja_   Date: _7/16/17_   Time: _0100_

Inmate Name: _VINCENT_, _SANTANGELO_   AIS #: _272282_   DOB: _____

CONFIDENTIAL & PRIVILEGED
Quality Assessment Information

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

Exhibit L



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

I need my Claritin extendended for my alleries.

Name (print): Santangelo Vinent    AIS # 272272    Date of Birth ▮▮▮

Institution: Holman    Housing Area: A-107    Date: 7/9/17

**Sick Call Form Collected** by Health Staff: ___SJ___ (initials) Title: LPN Date: 7-10-17 Time: 1300

---

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter <u>Not</u> Required

(1) ___ Referring to Chronic Care Manager

(2) ___ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ___ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: ___RN___    Date: 7/10/17

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter

**Co-Pay Fee <u>Incurred</u>:**

___ $4.00 - Nurse

___ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

___ $4.00 – **Scheduled but Refused Encounter**

2 ___ Referral for follow up required; to be scheduled

(a) ___ Medical Provider

(b) ___ Dental Clinic

(c) ___ Mental Health Services

(d) ___ Other:___

---

Inmate Name ___    AIS# ___

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record    © 2014 Corizon Health, Inc.
CP7166AL                               Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014        Copy (page 2)-inmate post health review

Exhibit L

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

Would like to have my Claritin Medicine extended and also the dose raised.

Name (print): Santangelo Vincent    AIS # 272282    Date of Birth ▮▮▮▮

Institution: Holman    Housing Area: B-59    Date: 6/30/17

Sick Call Form Collected by Health Staff: WS (initials) Title: LPN Date: 63017 Time: 140

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required    (1) ____ Referring to Chronic Care Manager

   (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required    (1) ____ Bring to HCU at this time for further evaluation

   (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date: 63017

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter    2 ____ Referral for follow up required; to be scheduled

   **Co-Pay Fee Incurred:**    (a) ____ Medical Provider

____ $4.00 - Nurse    (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**    (d) ____ Other:_____

Inmate Name _____    AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit L



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

I have a very loud Ach throughout my Skin would like to see if I can recerve some help!

Name (print): Silvent          AIS # 270290          Date of Birth [redacted]

Institution: Holman          Housing Area: B-59          Date: 6/22/17

Sick Call Form Collected by Health Staff: _____ (initials) Title ____  Date: 4/22/17  Time: 302

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: EGray RN          Date: 62217

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); If **Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

*Refused*

---

Inmate Name _____          AIS#_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Page 18                    Exhibit L



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

My allergies are still bothering me, but not as much!

Name (print): Si Vincent          AIS # 272282          Date of Birth: ▮▮▮▮

Institution: Holman          Housing Area: B-59          Date: 6/22/17

**Sick Call Form Collected** by Health Staff: _____ (initials) Title _____ Date: 6/22/17 Time: 1345

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____          Date: 6-22-17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    _____ $4.00 - Nurse

    _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    _____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

    (a) _____ Medical Provider

    (b) _____ Dental Clinic

    (c) _____ Mental Health Services

    (d) _____ Other: _____

*Duplicate*

Inmate Name _____          AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit L



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

Blood pressure up, would like a healthier diet before it's too late!

Name (print): Santangelo Vincent    AIS # 272282    Date of Birth: ▮▮▮

Institution: Holman    Housing Area: K-45    Date: June 16th 2017

Sick Call Form Collected by Health Staff: RJ (initials) Title: LPN Date: 6-17-17 Time: 0230

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

  (1) _____ Referring to Chronic Care Manager

  (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

  (1) _____ Bring to HCU at this time for further evaluation

  (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: 2. J ☐ RN    Date: 6/18/17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ✓ Resolved by Nurse Encounter

  **Co-Pay Fee Incurred:**

  _____ $4.00 – Nurse

  _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

  _____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

  (a) _____ Medical Provider

  (b) _____ Dental Clinic

  (c) _____ Mental Health Services

  (d) _____ Other:_____

Inmate Name _____    AIS#_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit L


**CORIZON** HEALTH

## Nursing Encounter Tool
### GI
*(GI Bleed Suspected/Lower GI Symptoms/Abdominal Pain-Male and Female, Nausea/Vomiting)*

| Demographic/Vital Signs | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: 4u | Date Seen: 6/8/17 | Time Seen: 1944 |
| Patient Name: Last Vincent | First Santangelo | MI ID # 272282 | Age: |
| Vital Signs: *Call Practitioner | *T>100 T: | *P>100 P: 87  R: 18 | *SBP<100 BP: 139/90 | Pulse Ox: 98 % ☑RA ☐ O₂: /lpm | Wt: 174 ☑ Actual ☐ Reported |
| Allergies: NKA | | | |
| Chronic care clinic: ☐ Y ☑ N  What Clinic(s): | | | |

### Subjective

Chief complaint: _Diet?_
Onset date: _____
Have you had this problem before? ☐ Y ☑ N
  Describe: _____

☐ Trauma ☐ Y ☑ N
Describe injury: _____

**Associated Factors:**
☐ Nausea
☐ Vomiting ☐ Coffee grounds ☐ Bloody ☐ Bilious
How often _____ How long _____
Last BM _____
Color: ☐ Brown ☐ Tan ☐ Bloody ☐ Black/Tarry
☐ Diarrhea (how often) _____
Describe _____ How long _____
☐ Constipation
☐ Urine ☐ Yellow ☐ Brown ☐ Bloody
☐ Polydipsia ☐ Polyuria ☐ Polyphagia
☐ Abdominal Pain ☐ RUQ ☐ RLQ ☐ LUQ ☐ LLQ
Pain Scale: Now _____/10, Worst _____/10
What makes it better _____
What makes it worse _____
Pain is: ☐ Constant ☐ Intermittent ☐ Cramping
☐ Burning ☐ Dull ☐ Sharp
**Current Medications: (mark all that apply)**
☐ ASA ☐ Anticoagulants ☐ NSAIDS ☐ Iron
☐ Steroids ☐ GI meds ☐ Psychotropics
☐ Other: _____
☐ New medications within past 30 days?
  What Medication? _____
**Pertinent Medical Conditions:**
☐ CHF ☐ Stroke ☐ MI ☐ Heartburn/GERD ☐ Pregnant
☐ Peptic Ulcer ☐ Crohn's ☐ Pancreatitis ☐ Diabetes
☐ Gallstones ☐ Kidney stones ☐ Colitis/IBS
☐ Alcohol use (_____ yrs, _____ drinks per day)
☐ Tobacco use (_____ yrs, _____ packs per day)
☐ End stage liver disease ☐ Chronic HBV/HCV
☐ GI Bleed
  Treatment _____ Date: _____
☐ Abdominal surgery
  List: _____ Date: _____

### Objective

Location of pain: _____
  Pain induced/increased with walking/movement: ☐ Y ☐ N
  Able to stand erect: ☑ Y ☐ N

**Eyes:**
☑ Normal
☐ Yellow ☐ Swollen ☐ Watery

**Respiratory:**
☑ Normal ☐ Cough ☐ SOB

**Lungs:**
  R lung ☐ Clear ☐ Wheezing ☐ Diminished ☐ Wet
  L lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet

**Skin:**
☑ Warm ☑ Dry ☐ Pale
☐ Cold ☐ Clammy ☐ Yellow

**Bowel sounds:**
☑ Present ☐ Absent ☐ Hypoactive ☐ Hyperactive

**Abdomen:**
☑ Soft non-tender ☐ Distended ☐ Rigid
☐ Rebound tenderness ☐ Guarding ☐ Tender
☐ Visible bulges
  Describe: _____
☐ Scars or injuries
  Describe: _____

**Tests:**
☐ Fingerstick result _____ (Diabetics)
☐ Dipstick UA ☐ Normal ☐ Abnormal (see lab slip) (ALL)

**Females:**
☐ uHCG ☐ Positive ☐ Negative  LMP: _____
☐ N/A ☐ Total Hysterectomy ☐ Post Menopausal
Comments: _Pt. Stated that he has hypertension and would like diet change to accommodate it._

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Nurse signature _2.70_

Print/stamp _T. Young_

©2015 Corizon Health, Inc.
Page 1 of 2

**Exhibit 1**



**Nursing Encounter Tool**

*GI*

*(GI Bleed Suspected/Lower GI Symptoms/Abdominal Pain-Male and Female, Nausea/Vomiting)*

| Patient | Last | First | ID Number |
|---|---|---|---|
| | Vincent | Antangelo | 272282 |

---

**☐ Emergent Intervention**

Practitioner notified: _____ Time: _____

EMS process activated     Time: _____
EMS arrival                        Time: _____
EMS transport                   Time: _____

**If CPR or AED is initiated use Emergency Response Form**

Facility transported to: _____
☐ Other: _____

COMMENTS:

---

**☐ Urgent Intervention-Contact Practitioner**

**Practitioner contact required due to:** (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ Absent bowel sounds
☐ Distended or rigid abdomen
☐ Rebound tenderness
☐ Nausea/vomiting and/or diarrhea> 24 hours
☐ Bloody/tarry stools or bloody urine
☐ Bloody/coffee ground emesis
☐ Unable to stand erect

☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal dipstick U/A
☐ Positive uHCG
☐ Other: _____
Reviewed with practitioner: ☐ MAR  ☐ Medical record
☐ Seen by practitioner  Name: _____ Time: _____
☐ Contacted practitioner  Name: _____ Time: _____

Practitioner Orders Received ☐ Y  ☐ N          ☐ Read back practitioner's orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____
COMMENTS/ORDERS:

---

**☑ Nursing Intervention**

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|
| ☐ Stool guaiac cards and instructions given | |
| ☐ Clear liquids x 24 | |
| ☐ Nurse follow up scheduled | ☐ O₂ @ _____ LPM via _____ |
| ☐ Referral to practitioner for current presenting complaint | ☐ OTC medication per site guideline |
| ☐ Referral to practitioner for multiple visits for same complaint | List:  Antacid, Mylanta, Colace |
| ☐ Referred to practitioner for evaluation of enrollment in CCC | |
| ☐ Custody notified of special needs | ☐ KOP |
| ☐ No further follow up needed at this time | ☐ Medication administered |
| ☐ Other: _____ | ☐ Medication noted on MAR |

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided   ☑ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
COMMENTS:

---

| | | |
|---|---|---|
| Nurse signature | Print/stamp | 6/8/17  1944 |
| | | Date/time |

CONFIDENTIAL & PRIVIL...
Quality Improvement Information

©2015 Corizon Health, Inc.
Page 2 of 2

Exhibit L



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

My allergies are still bothering me, itch nose, watery eyes and runny nose and Sneezing the medicine does not work!

Name (print): _Santangelo Vincent_   AIS # _272___   Date of Birth ▮▮▮▮

Institution: _Holman_   Housing Area: _K-45_   Date:

Sick Call Form **Collected** by Health Staff: _RO_ (initials) Title: _LPN_ Date:_6-8-17_ Time:_0145_

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not Required**

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. _✓_ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) _✓_ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: _6-8-17_

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter   2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**   (a) _____ Medical Provider

_____ $4.00 - Nurse   (b) _____ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge   (c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**   (d) _____ Other:_____

Inmate Name _____   AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
CP7166AL   Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

Exhibit L



**Nursing Encounter Tool**
*Upper Respiratory Symptoms*
(Asthma, Influenza and Upper Respiratory)

## Demographics/Vital Signs

Facility Name: Holman   Location Seen: HCU   Date Seen: 12/17   Time Seen: 1145

Patient Name: Last Vincent   First Santayselo   MI   ID # 272282   DOB:   Age: 24

Vital Signs:   *T>100 T:99.4   *P>100 P:72   R:20   *SBP<100 BP:144/94   Pulse Ox: 93   % ☐RA ☐ O₂:   /lpm   Wt: 174   ☑ Actual ☐ Reported
*Call Practitioner

Allergies: NKA

Chronic care clinic: ☐ Y ☑ N   What Clinic(s):

| Subjective | Objective |
|---|---|
| ☑Chief Complaint: Zyrtec is not working | ☐ Quiet chest, acute respiratory distress* |
| Onset Date:_____ | *IMMEDIATE CALL TO PRACTITIONER |
| ☐ Last documented TB Test  Date:__/__/__ | **Eyes** |
|   Result  ☐ Positive  ☐ Negative | ☐ Normal |
| ☐ Last CXR  Date:  __/__/__ | ☑ Watery  ☐ Red  ☐ Pale  ☐ Swollen |
| **Associated Factors:** | ☐ Drainage |
| ☐ Nasal redness  ☐ Nasal congestion ☐ Fever ☐ Chills |   Describe:_____ |
| ☐ Nasal drainage | **Ears** |
|   Describe:_____ | ☑ Normal  ☐ Drainage ☐ Left ☐ Right |
| ☐ Foul breath ☐ Nausea ☐ Vomiting |   Describe:_____ |
| ☐ Headache  location:_____ | **Nose** |
| ☐ Ear pain ☐ Left ☐ Right  Now____/10  Worst____/10 | ☐ Normal ☐Red ☐ Swollen |
| ☐ Ear drainage ☐ Left ☐ Right | ☑ Drainage  CLR |
|   Describe:_____ |   Describe:_____ |
| ☐ Sore throat  ☐ Difficulty swallowing how long | **Throat** |
| ☐ SOB   ☐ At rest  ☐ Talking  ☐ Walking | ☑ Normal ☐ Red ☐ White spots ☐ Swelling ☐ Exudates |
| ☐ Cough ☐ Productive ☑Nonproductive ☐ Purulent | ☐ Bad breath  Describe:_____ |
|   Describe:_____ | **Neck** |
| ☐ Generalized aches/pains  ☐ Extreme fatigue | ☑ Supple  If not describe:_____ |
| ☐ Night sweats ☐ Weight loss ☐ Coughing up blood | **Respiratory** |
| *If yes to coughing up blood or any 2 (fever, weight loss, night sweats)Place face mask or airborne infection isolation* | ☑ Normal  ☐ SOB ☐ Accessory muscle use ☐ Retractions |
| | ☐ Labored ☐ Sputum production Describe:_____ |
| | **Lung sounds** |
| **Precipitating Factors:** |   R Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet |
| ☐ Exercise ☑ Respiratory Infection ☑ Smoking ☐ Stress |   L Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet |
| ☐ Weather change | **Skin** |
| ☐ Inhaled allergen/irritant | ☑ Warm ☑ Dry ☐ Pale ☐ Cold ☐ Clammy ☐ Sweaty |
| | **Baseline PEFR** |
| **Current Medications: (Mark all that apply)** |   1)_____   2)_____ |
| ☐ Controller (Steroids) inhaler |   3)_____ |
|   Frequency:_____ Last use:_____ | **Post treatment exam time:**_____ |
| ☐ Rescue inhaler |   Pulse Ox____%☐ RA ☐ O₂____/lpm |
|   Frequency:_____ Last use:_____ | **Lung sounds** |
| ☐ Nebulizer treatment |   R Lung ☐ Clear ☐ Wheezing ☐ Diminished ☐ Wet |
|   Frequency:_____ Last use:_____ |   L Lung ☐ Clear ☐ Wheezing ☐ Diminished ☐ Wet |
| ☐ Oral Steroids ☐ Other:_____ | **Post treatment PEFR** |
| ☐ New medications within past 30 days |   1)_____   2)_____ |
|   What medications:_____ |   3)_____ |
| **Pertinent Medical Conditions:** | **Tests** |
| ☐ CHF ☐ Immunocompromised ☐ Steroid use ☐ Diabetes | ☐ Fingerstick result_____ (Diabetics) |
| ☐ COPD ☐ Asthma ☐ Pneumonia ☐ Treatment for LTBI | **Comments:** |
| ☐ Hospitalization for Influenza | |
| ☐ Exposure to smoke Describe:_____ | |
| ☐ Recent Flu shot | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Nurse signature   Print/stamp

# CORIZON
HEALTH

## Nursing Encounter Tool
### Upper Respiratory Symptoms
*(Asthma, Influenza and Upper Respiratory)*

| Patient | Last | First | ID Number |
|---|---|---|---|
| | Vincent | Santangelo | 272582 |

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

If CPR or AED is initiated use Emergency Response Form

EMS process activated    Time: _____
EMS arrival    Time: _____
EMS transport    Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS:

### ☐ Urgent Intervention-Contact Practitioner
#### Practitioner contact required due to: (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100    ☐ Abnormal fingerstick, Diabetic <70 or>240
☐ *Quiet chest acute respiratory distress    ☐ Other:_____
☐ Pulse Ox <93%  ☐ PEFR < 200
☐ Unable to swallow
☐ Positive TB Screen    Reviewed with practitioner: ☐ MAR  ☐Medical record
☐ Purulent drainage or exudates    ☐ Seen by practitioner  Name:_____ Time:_____
☐ Nausea/vomiting >24 hours    ☐ Contacted practitioner  Name:_____ Time:_____
☐ Wheezing with no prior history
☐ Symptoms not improved after nebulizer treatment
☐ Persistent cough with yellow or green sputum
Practitioner Orders Received ☐ Y ☐ N    ☐ Read back practitioners orders
Disposition  ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:
COMMENTS/ORDERS:

### ☐ Nursing Intervention

| CONTINUITY OF CARE | MEDICATION |
|---|---|

☐ Warm salt water gargles PRN
☐ Advise rest and increase oral fluid intake
☐ Nebulizer treatment if order for PRN Time: _____    ☐ O₂ @_____ LPM via_____
☐ Restrict activity till symptoms abate
☐ Nurse follow up scheduled    ☐ OTC medication per site guideline
☐ Referral to practitioner for current presenting complaint    List: Chlortrimeton, Acetaminophen, Ibuprofen, or Saline nasal spray
☐ Referral to practitioner for multiple visits for same complaint    ☐ KOP
☐ Custody notified of special needs    ☐ Medication administered
☐ No further follow up needed at this time    ☐ Medication noted on MAR

#### PATIENT EDUCATION
☑ Patient educated to contact medical if symptoms develop or worsen
☐ Education given    ☐ Written information provided    ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
COMMENTS:

| Nurse signature | Print/stamp | Date/time |
|---|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6228b
Issued 1/2013    Revised 8/2015    ©2015 Corizon Health, Inc.
Page 2 of 2



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

I need some better allergy medicine,

Name (print): Swinart          AIS # 272288          Date of Birth ▮▮▮▮

Institution: Holman          Housing Area: K-45          Date: 6/2/17

**Sick Call Form Collected** by Health Staff: _CR_ (initials) Title: _RN_ Date: _6/2/17_ Time: _0200_

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _✓_ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) _✓_ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: C. Ray          Date: 6/2/17

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1. _✓_ Resolved by Nurse Encounter          2. _____ Referral for follow up required; to be scheduled

    **Co-Pay Fee Incurred:**          (a) _____ Medical Provider

    _✓_ $4.00 - Nurse          (b) _____ Dental Clinic

    _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge          (c) _____ Mental Health Services

    _____ $4.00 – **Scheduled but Refused Encounter**          (d) _____ Other:_____

---

Inmate Name _____          AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013          Distribution: Original (page 1)-Inmate Health Record          © 2014 Corizon Health, Inc.
CP7166AL          Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014          Copy (page 2)-inmate post health review

Exhibit L

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

Whats going on with my glasses?
Being ordered.

Name (print): SiVment    AIS #  272289    Date of Birth ▉▉▉

Institution: Holman    Housing Area: K-45    Date: 5/28/17

Sick Call Form Collected by Health Staff: _RO_ (initials) Title: _LPN_ Date 5-29-17 Time: 0200

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required   *Refusal Signed*

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title:    Date: 5-29-17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Inmate Name _____    AIS#_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Distribution: Original (page 1)-Inmate Health Record   © 2014 Corizon Health, Inc.
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

Exhibit L



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

My back pains are getting worse by the day.
Need to see doctor. I need an X-Ray on my
back.

Name (print): _Santhangelo_     AIS # _292282_     Date of Birth _[redacted]_

Institution: _Holman_     Housing Area: _M-43_     Date: _5/11/17_

Sick Call Form Collected by Health Staff: _CR_ (initials) Title: _RN_ Date: _5/12/17_ Time: _0200_

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required        (1) ____ Referring to Chronic Care Manager

                                                          (2) ____ Written Response/Instruction Being Provided

B. _✓_ Nurse Sick Call Encounter Required        (1) ____ Bring to HCU at this time for further evaluation

                                                 (2) _✓_ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _[signature]_        Date: _5/12/17_

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter        2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**                           (a) ____ Medical Provider

____ $4.00 - Nurse                                 (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge   (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**   (d) ____ Other:_____

---

Inmate Name                                        AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013        Distribution: Original (page 1)-Inmate Health Record        © 2014 Corizon Health, Inc.
CP7166AL                                         Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014                  Copy (page 2)-inmate post health review

Exhibit L



**Nursing Encounter Tool**
*Musculoskeletal*
*(Back Pain, Musculoskeletal, Fracture)*

| Demographic/Vital Signs | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: seg | Date Seen: 5-4-17 | Time Seen: 0805 |
| Patient Name: Last Vincent | First Santangelo MI | ID # 272292 | DOB: ___ Age: |
| Vital Signs: *T>100 *P>100 *SBP<100 | T: 97.9 P: 77 R: 16 BP: 124/42 | Pulse Ox 01% □RA □ O₂: ___ /lpm Wt: 173 | ☑ Actual □ Reported |
| Allergies: | | | |
| Chronic care clinic: □ Y ☑ N    What Clinic(s): | | | |

**Subjective**

Chief Complaint: "it hurts. I got hit in the back
Onset Date: 1 year with a stick. Laying on
☑ Trauma                         metal makes it worse

Describe injury: see above
□ Difficulty breathing
□ Pain □ Chronic □ Acute
    □ Dull □ Sharp □ Achy □ Burning
□ Pain scale is now 3 /10 at worst 10 /10
What makes it better: morn
What makes it worse: laying on metal
□ Radiation
    Describe: ___

**Associated Factors:**
□ Urinary incontinence □ Painful urination
□ Fecal incontinence □ Tingling ___
□ Nausea/vomiting □ Abdominal pain □ Fever
□ Numbness □ Chronic □ Acute Describe: ___
□ Weakness □ Chronic □ Acute Describe: ___
□ Weight change □ Gain: ___ □ Loss: ___
□ Impaired mobility □ Impaired ADL's

**Current Medications: (mark all that apply)**
□ Steroids □ NSAIDS □ Anticoagulants
□ New medication in the past 30 days?

What medication: ___

**Pertinent Medical Conditions:**
□ Arthritis
□ Cancer
□ Osteoporosis
□ Kidney disease/stones
□ Back surgery
□ Working lifting heavy objects
Explain: ___
□ Recent weight lifting ___ lbs.
□ Other: ___

Tetanus Booster >5 years □ Y □ N ☑ Unknown
Ever had a Tdap □ Y □ N □ Unknown

**Objective**

**Skin**
☑ Warm □ Dry □ Pale
□ Red □ Cold □ Clammy □ Scratching □ Bruising

**Abdomen**
☑ Normal
□ Pulsatile mass in abdomen
□ Lumps □ Redness

**Extremities**
□ Pedal pulse: ___ R ___ L □ Radial pulse: ___ R ___ L
☑ Handgrips equal and strong
□ Handgrips unequal and weak
    Describe: ___
☑ Tender to touch
    Describe: ___
☑ Straight leg raise equal and strong
□ Straight leg raise unequal and weak
    Describe: ___
☑ Posture erect
□ Posture not erect
    Describe: ___
☑ Gait symmetrical
□ Gait not symmetrical
    Describe: ___
□ Able to walk heel to toe
□ Able to squat and rise

**Tests**
□ Fingerstick result ___ (diabetics)
□ Dipstick U/A □ Normal □ Abnormal (see lab slip)
(Back pain or excessive exercise)

**Comments:**
pain in lumbar area

Nurse signature: [signature] RN

Print/stamp: [signature]

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6225b
Issued 1/2015

Page 29

Revised 8/2015

©2015 Corizon Health, Inc.

Exhibit 1 Page 1 of 2



**Nursing Encounter Tool**
*Musculoskeletal*
(Back Pain, Musculoskeletal, Fracture)

| Patient | Last _Vincent_ | First _Santangilo_ | ID Number _272202_ |
|---|---|---|---|

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

If CPR or AED is initiated use Emergency Response Form

EMS process activated  Time: _____
EMS arrival  Time: _____
EMS transport  Time: _____
Facility transported to: _____
☐ Other: _____

**COMMENTS:**

### ☐ Urgent Intervention-Contact Practitioner

**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100   ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal abdominal exam   ☐ Abnormal dipstick UA
☐ Positive straight leg raise
☐ Numbness/weakness (acute)
☐ Decreased ROM   ☐ Other: _____
☐ Obvious deformity   Reviewed with practitioner: ☐ MAR  ☐Medical record
☐ Uncontrolled bleeding   ☐ Seen by practitioner  Name: _____ Time: ____
☐ Absence of pedal or radial pulse   ☐ Contacted practitioner  Name: _____ Time: ____
Practitioner Orders Received ☐ Y ☐ N   ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

**COMMENTS/ORDERS:**

### ☐ Nursing Intervention

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|
| ☐ Nurse follow up scheduled | ☐ O₂ @ _____ LPM via _____ |
| ☒ Referral to practitioner for current presenting complaint<br>_5\|5\|17_ | ☒ OTC medication per site guideline<br>List: Acetaminophen, Ibuprofen |
| ☐ Custody notified of special needs | ☐ KOP |
| | ☐ Medication administered |
| ☐ No further follow up needed at this time | ☐ Medication noted on MAR |

### PATIENT EDUCATION

☒ Patient educated to contact medical if symptoms develop or worsen
☐ Education given   ☐ Written information provided   ☒ Verbal education given
☒ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

| Nurse signature | Print/stamp | Date/time |
|---|---|---|
| _G Gray_ | _G Gray RN_ | _5-4-17  0811_ |

NA6225b
Issued 1/2013

Revised 8/2015

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

©2015 Corizon Health, Inc.
Page 2 of 2

Exhibit L

 

## Alabama Department of Corrections
## Sick Call Request

---

**Reason for Sick Call Request:**

I was prescribed some Motrin for some back pains I've been experiencing, but they've run out. Could I receive them until I see the doctor?

Name (print): Santangelo Vincent    AIS # 272280    Date of Birth ▮▮▮▮

Institution: Holman    Housing Area: M-43    Date: 5/4/17

Sick Call Form Collected by Health Staff: _RD_ (initials) Title: _LPN_ Date _5-4-17_ Time: _0130_

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter <u>Not</u> Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _G. Kaya_    Date: 5-4-17

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

    **Co-Pay Fee <u>Incurred</u>:**

    ____ $4.00 - Nurse

    ____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    ____ $4.00 – **Scheduled but Refused Encounter**

2 ✓ Referral for follow up required; to be scheduled

    (a) ✓ Medical Provider 5/5/17

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

---

Inmate Name _____ AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit L

 **C⊙RIZON** HEALTH

## Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

~~Reg. for Sorness~~

Serious back Soreness
Need Something to support my arch

Name (print): Santangelo Vincent   AIS # 272289   Date of Birth ▮▮▮
Institution: Holman   Housing Area: M-43   Date: 4/23/17

Sick Call Form Collected by Health Staff: RW (initials) Title: LPN Date: 4.24.17 Time: 2200

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required    (1) ____ Referring to Chronic Care Manager

                                                   (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required    (1) ____ Bring to HCU at this time for further evaluation

                                            (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date: 4/24/17

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ✓ Resolved by Nurse Encounter          2 ✓ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:** MD Appt. 5-9-17     (a) ✓ Medical Provider

✓ $4.00 - Nurse                              (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge   (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**   (d) ____ Other: _____

---

Inmate Name _____    AIS# _____

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

CONFIDENTIAL & PRIVILEGED
© 2014 Corizon Health, Inc.
Quality Improvement Information

Exhibit L



## Nursing Encounter Tool
### *Musculoskeletal*
*(Back Pain, Musculoskeletal, Fracture)*

### Demographic/Vital Signs

| | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: Hu | Date Seen: 4-24-17 | Time Seen: 2150 |
| Patient Name: Last Vincent | First Quintrell MI | ID # 272282 | Age: |
| Vital Signs: *Call Practitioner | *T>100 T: 97.7 *P>100 P: 98 R: 17 | *SBP<100 BP: 41/95 | Pulse Ox: 98% ☑RA ☐ O₂: /lpm Wt: ☑Actual ☐ Reported 172 |
| Allergies: NKA | | | |
| Chronic care clinic: ☐ Y ☑ N   What Clinic(s): | | | |

### Subjective

Chief Complaint: Back Pain
Onset Date: 1 1/2 yr ago

☐ Trauma
  Describe injury:_____
☐ Difficulty breathing
☑ Pain ☐ Chronic ☑ Acute
  ☐ Dull ☑ Sharp ☑ Achy ☐ Burning
☐ Pain scale is now 6/10 at worst ____/10
What makes it better: standing
What makes it worse: laying & down
☐ Radiation
  Describe:_____

**Associated Factors:**
☐ Urinary incontinence ☐ Painful urination
☐ Fecal incontinence ☐ Tingling _____
☐ Nausea/vomiting ☐ Abdominal pain ☐ Fever
☐ Numbness: ☐ Chronic ☐ Acute Describe:____
☐ Weakness: ☐ Chronic ☐ Acute Describe:____
☐ Weight change ☐ Gain:____ ☐ Loss:____
☐ Impaired mobility ☐ Impaired ADL's

**Current Medications: (mark all that apply)**
☐ Steroids ☐ NSAIDS ☐ Anticoagulants
☐ New medication in the past 30 days?

What medication:_____

**Pertinent Medical Conditions:**
☐ Arthritis
☐ Cancer
☐ Osteoporosis
☐ Kidney disease/stones
☐ Back surgery
☐ Working lifting heavy objects
Explain:_____
☐ Recent weight lifting _____ lbs.
☐ Other:_____

Tetanus Booster >5 years ☐ Y ☐ N ☐ Unknown
Ever had a Tdap ☑ Y ☐ N ☐ Unknown

### Objective

**Skin**
☑ Warm ☑ Dry ☐ Pale
☐ Red ☐ Cold ☐ Clammy ☐ Scratching ☐ Bruising

**Abdomen**
☑ Normal
☐ Pulsatile mass in abdomen
☐ Lumps ☐ Redness

**Extremities**
☑ Pedal pulse: 2 R ___ L ☐ Radial pulse: ____ R ____ L
☑ Handgrips equal and strong
☐ Handgrips unequal and weak
  Describe:_____
☐ Tender to touch
  Describe:_____
☑ Straight leg raise equal and strong
☐ Straight leg raise unequal and weak
  Describe:_____
☑ Posture erect
☐ Posture not erect
  Describe:_____
☑ Gait symmetrical
☐ Gait not symmetrical
  Describe:_____
☐ Able to walk heel to toe
☐ Able to squat and rise

**Tests**
☐ Fingerstick result _____ (diabetics)
☐ Dipstick/U/A ☐ Normal ☐ Abnormal (see lab slip)
(Back pain or excessive exercise)

**Comments:**
_____
_____
_____
_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| | |
|---|---|
| Nurse signature | Print/stamp: T. Young |

NA6225b
Issued 1/2015

Revised 8/2015

©2015 Corizon Health, Inc.
**Exhibit E** Page 1 of 2



# Nursing Encounter Tool
## *Musculoskeletal*
### (Back Pain, Musculoskeletal, Fracture)

| Patient | Last Vincent | First Sartangelo | ID Number Q72732 |
|---|---|---|---|

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated    Time: _____
EMS arrival    Time: _____
EMS transport    Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS:

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to:** (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ Abnormal abdominal exam
☐ Positive straight leg raise
☐ Numbness/weakness (acute)
☐ Decreased ROM
☐ Obvious deformity
☐ Uncontrolled bleeding
☐ Absence of pedal or radial pulse
Practitioner Orders Received ☐ Y ☐ N
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal dipstick UA

☐ Other: _____
Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Seen by practitioner   Name: _____ Time: _____
☐ Contacted practitioner   Name: _____ Time: _____
☐ Read back practitioners orders

COMMENTS/ORDERS:

### ☑ Nursing Intervention

**CONTINUITY OF CARE**
☐ Nurse follow up scheduled
☐ Referral to practitioner for current presenting complaint

☐ Custody notified of special needs

☐ No further follow up needed at this time

**MEDICATION**
☐ O₂ @ _____ LPM via _____
☐ OTC medication per site guideline
List: Acetaminophen, Ibuprofen
☐ KOP
☑ Medication administered
☐ Medication noted on MAR

### PATIENT EDUCATION
☑ Patient educated to contact medical if symptoms develop or worsen
☐ Education given    ☐ Written information provided    ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS: Motrin 200mg Tub x 2 tabs PO BID PRN
X 7 days   MD Appt 5-9-17

| Nurse signature 2. ry | Print/stamp T. Young | Date/time 4-24-17 215p |
|---|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6225b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2

Exhibit L

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

I would like to have my Zyrtec moved to the 9:00 am. Pill call
So I can stop breaking my sleep.

Name (print): Santangelo Vincent      AIS # 272282      Date of Birth: ▮

Institution: Holman      Housing Area: M-43      Date: 4/19/17

Sick Call Form Collected by Health Staff: ___ (initials) Title: LPN Date: 4-20-17 Time: 0700

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ____ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ____ **Evaluate** in next scheduled Nurse Sick Call Clinic

*Refused*

Signature/Title: _____      Date: _____

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter      2 ____ Referral for follow up required; to be scheduled

  **Co-Pay Fee Incurred:**      (a) ____ Medical Provider

  ____ $4.00 - Nurse      (b) ____ Dental Clinic

  ____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge      (c) ____ Mental Health Services

  ____ $4.00 – **Scheduled but Refused Encounter**      (d) ____ Other:_____

Inmate Name _____      AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit L