**Alabama Department of Corrections**
**Sick Call Request** 

**Reason for Sick Call Request:**

I am in need of a new pair of glasses, my last pair was left in my cell and stolen.

Name (print): Santangelo Vincent    AIS # 272282    Date of Birth ███

Institution: Helman    Housing Area: M-43    Date: 3/28/17

Sick Call Form Collected by Health Staff: RD (initials) Title: LPN Date: 3/29/17 Time: 0145

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ____ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date 3/29/17

*[handwritten across form: Cancelled. Sick call not required. Prescription sent to eye doctor]*

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

____ Referral for follow up required; to be scheduled

    (a) ____ Medical Provider

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

Inmate Name _____    AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
© 2014 Corizon Health, Inc.

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

Page 36

Exhibit L



## Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

I would like to know if I can receive my Zyrtec meds at 9:00 am instead of at 2:00 am in the morning.

Name (print): Santangelo Vincent        AIS # 272282        Date of Birth [redacted]

Institution: Holman Facility        Housing Area: M-43        Date: 2/23/17

Sick Call Form Collected by Health Staff: _RD_ (initials) Title: _LPN_ Date: 2-24-17 Time: 0215

**Request Triaged** (check as appropriate):

A. ✓ Sick Call Nurse Encounter Not Required        (1) ____ Referring to Chronic Care Manager
   Cs (time is done)                                (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required            (1) ____ Bring to HCU at this time for further evaluation
                                                   (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____ / NA        Date: 2-24-17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter        2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**                   (a) ____ Medical Provider

____ $4.00 - Nurse                         (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**    (d) ____ Other:_____

Inmate Name _____        AIS#_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
© 2014 Corizon Health, Inc.

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014
Page 37        Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review        Exhibit L

 **CORIZON** HEALTH

## Nursing Encounter Tool
### Eyes

| Demographic/Vital Signs | | | | |
|---|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU Samengelo | Date Seen: 2-18-17 | | Time Seen: 1425 |
| Patient Name: Last Vincent | First | MI | ID # 272282 | DOB: Age: |
| Vital Signs: *Call Practitioner | *T>100 T 98.2 | *P>100 P:82 R:16 | *SBP<100 BP: 120/84 | Pulse Ox 97 % □RA □ O₂: /lpm | Wt: 166 ☑Actual □ Reported |
| Allergies: NKA | | | | |
| Chronic care clinic? □ Yes ☑No   What Clinic(s): | | | | |

### Subjective

Chief Complaint: "I had something in my eyes"
Onset Date: 2017
Have you had this problem before? ☑Y □N
Describe: Itchy eyes

**Associated Factors**

| LEFT | COMPLAINT | RIGHT |
|---|---|---|
| □ | Sudden loss of vision | □ |
| □ | Loss of peripheral or side vision | □ |
| □ | Severe eye pain | □ |
| □ | Trauma | □ |
| □ | Redness | □ |
| □ | Itching | □ |
| □ | Discharge/crusting | □ |
| □ | Tearing | □ |
| □ | Scratch | □ |
| □ | Chemical exposure (irrigate promptly) | □ |
| □ | Body fluid exposure (irrigate promptly) | □ |
| □ | Eyelid complaint | □ |
| □ | Seeing spots/flashes/floaters | □ |
| □ | Sensitive to light | □ |
| □ | Blurry vision | □ |
| □ | Foreign body | □ |
| □ | Dry eye | □ |

□ Pain scale now 0 /10   at worst _____/10
What makes it better _____
What makes it worse _____

**Current Medications: (mark all that apply)**
□ Anticoagulants □ Eye drops
□ Other: _____
□ New medication within past 30 days?
What Medication? _____

**Pertinent Medical Conditions:**
□ Diabetes   □ Hypertension   □ HIV
□ Stye   □ Corneal abrasions
□ Glaucoma   □ Retinal detachment   □ Cataracts
□ Recent eye surgery – specify: _____ Date: _____
□ Lasik _____ Date: _____

### Objective

**Eye Assessment:**
□ PERRL □ Unequal/abnormal

| LEFT | OBSERVED | RIGHT |
|---|---|---|
| □ | Blood in pupil | □ |
| ☒ | Reactive to light | ☒ |
| □ | Red | ☒ |
| □ | Discharge | □ |
| □ | Swollen | □ |
| □ | Stye | □ |
| □ | Extra ocular movement normal | □ |
| □ | Foreign body | □ |
| □ | Eyelid complaint | □ |
| □ | Seeing spots/flashes/floaters | □ |
| □ | Sensitive to light | □ |
| □ | Blurry vision | □ |

□ Snellen (if vison change reported)

R (OD) 20/ 50   L (OS) 20/ 40
Together (OU) 20/ 30

**Tests:**
□ Fingerstick result _____ (Diabetics)

**Comments:** "My eye is better now." "Sometimes my allergies make my eyes itch."

Nurse signature: E Grayer RN
Print/stamp: E Grayer RN

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6233b **Page 38**
Issued 1/2013
Revised 8/2015
©2013... ...b, Inc.
**Exhibit L**
Page 1 of 2

 **CORIZON** HEALTH™

## Nursing Encounter Tool
### Eyes

| Patient | Last Vincent | First Santangelo | ID Number 272282 |
|---------|--------------|-------------------|--------------------|

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

EMS process activated    Time: _____
EMS arrival    Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS transport    Time: _____
Facility transported to: _____
☐ Other: _____

**COMMENTS:**

---

### ☐ Urgent Intervention-Contact Practitioner
#### Practitioner contact required due to: (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ History of retinal detachment
☐ Sudden loss of vision
☐ Loss of peripheral or side vision
☐ Severe eye pain
☐ Foreign body
☐ Purulent discharge
☐ Sudden change in vision

☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Other: _____
Reviewed with practitioner: ☐ MAR  ☐ Medical record

☐ Seen by practitioner    Name: _____ Time: _____
☐ Contacted practitioner  Name: _____ Time: _____

Practitioner orders received ☐ Y ☐ N    ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:
**COMMENTS/ORDERS:**

---

### ☐ Nursing Intervention

| CONTINUITY OF CARE | MEDICATION |
|---|---|
| ☐ Nurse follow up scheduled | ☑ KOP |
| ☐ Referral to practitioner for seeing spots, flashes, floaters without other symptoms | |
| ☐ Referral to practitioner for current presenting complaint | ☐ Medication administered |
| ☐ Referral to practitioner for multiple visits for same complaint | ☐ Medication noted on MAR |
| ☐ Referred to practitioner for evaluation of enrollment in CCC | |
| ☑ No further follow up needed at this time | |
| ☐ Custody notified of special needs | |

#### PATIENT EDUCATION

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided    ☑ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

---

| Nurse signature | Print/stamp | Date/time |
|---|---|---|
| EGrayen | EGrayen | 2-18-17 1430 |

NA6233b
Issued 1/2013

Revised 8/2015

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
©2015 Corizon Health, Inc.
Page **2** of 2

Exhibit L



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

eye irretation

Name (print): Silvento          AIS # 272282          Date of Birth ▮▮▮▮

Institution: Holmen          Housing Area: M-43          Date: 2/7/07

Sick Call Form Collected by Health Staff: _____ (initials) Title: _____ Date: 2/8/17 Time: 0800

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____          Date: 2/8/17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter          2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred</u>:**

_____ $4.00 - Nurse          (a) _____ Medical Provider

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge          (b) _____ Dental Clinic

_____ $4.00 – **Scheduled but Refused Encounter**          (c) _____ Mental Health Services

    (d) _____ Other:_____

Inmate Name _____          AIS# _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014          Distribution: Original (page 1)-Inmate Health Record          © 2014 Corizon Health, Inc.
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

Page 40          Exhibit L



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

① In the afternoon pill call "Nurse Thomas's" is giving me half of my prescribed medicine which is "Tylenol". I am only receiving 1 pill from her when other nurses serve my meds I receive the full dosage which is "two pills". Hopefully somebody can give a notice to her about my medicine dosage asap. And correct it to 2 tylenol pills.

Name (print): Santangelo Vincent          AIS # 272282          Date of Birth ▓▓▓▓▓

Institution: Holman          Housing Area: M-43          Date: 1/26/17

---

Sick Call Form Collected by Health Staff: _AL_ (initials) Title: _N_ Date: 1/27/17 Time: 0200

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

(1) _____ Referring to Chronic Care Manager

(2) ✓ Written Response/Instruction Being Provided

dosage is Ibuprofen 200mg twice daily — one tablet Every

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _A Laza_          Date: 1/27/17

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter          2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**          (a) _____ Medical Provider

_____ $4.00 - Nurse          (b) _____ Dental Clinic

_____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge          (c) _____ Mental Health Services

_____ $4.00 – Scheduled but Refused Encounter          (d) _____ Other:_____

---

Inmate Name                                                  AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013          Distribution: Original (page 1)-Inmate Health Record     © 2014 Corizon Health, Inc.
CP7166AL                                    Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014          Copy (page 2)-inmate post health review

Page 41                                                            Exhibit L



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

I am experiencing pain in my back due to bad support in my mattress and would like to receive a more comfortable mat or a back brace for decent support of my spine!

Name (print): Santangelo Vincent          AIS # 272282          Date of Birth ▮▮▮▮

Institution: Holman          Housing Area: M-43          Date: 1|8|17

Sick Call Form Collected by Health Staff: _RD_ (initials) Title: _LPN_ Date: _1-8-17_ Time: _0200_

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____          Date: 1-8-17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name _____          AIS# _____

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

**Page 42**          **Exhibit L**



# Nursing Encounter Tool
## Musculoskeletal
### (Back Pain, Musculoskeletal, Fracture)

| Demographic/Vital Signs | | | |
|---|---|---|---|
| Facility Name: Holmen | Location Seen: Hu | Date Seen: 1/9/17 | Time Seen: 07 38 |
| Patient Name: Last Vincent | First Juntarious MI | ID # 272282 | DOB ▓ Age: 26 |
| Vital Signs: *T>100 *P>100 *SBP<100 *Call Practitioner | T: 97.6 P: 79 R: 19 | BP: 113/86 Pulse Ox: 99 % ☑RA ☐ O₂: /lpm | Wt: 16 ☑ Actual ☐ Reported |
| Allergies: NKA (grass) | | | |
| Chronic care clinic: ☐ Y ☑N   What Clinic(s): | | | |

| Subjective | Objective |
|---|---|
| **Chief Complaint:** Back Pain<br>**Onset Date:** 1/2 ago<br><br>☐ Trauma<br>   Describe injury: Ø<br>☐ Difficulty breathing<br>☐ Pain ☐ Chronic ☑ Acute<br>   ☐ Dull ☐ Sharp ☑ Achy ☐ Burning<br>☐ Pain scale is now 7/10 at worst /10<br>What makes it better: Standing<br>What makes it worse: laying down<br>☐ Radiation<br>   Describe: Ø<br><br>**Associated Factors:**<br>☐ Urinary incontinence ☐ Painful urination<br>☐ Fecal incontinence ☐ Tingling<br>☐ Nausea/Vomiting ☐ Abdominal pain ☐ Fever<br>☐ Numbness: ☐ Chronic ☐ Acute Describe:<br>☐ Weakness: ☐ Chronic ☐ Acute Describe:<br>☐ Weight change ☐ Gain: ☐ Loss:<br>☐ Impaired mobility ☐ Impaired ADL's<br><br>**Current Medications: (mark all that apply)**<br>☐ Steroids ☐ NSAIDS ☐ Anticoagulants<br>☐ New medication in the past 30 days?<br><br>What medication:<br><br>**Pertinent Medical Conditions:**<br>☐ Arthritis<br>☐ Cancer<br>☐ Osteoporosis<br>☐ Kidney disease/stones<br>☐ Back surgery<br>☐ Working/lifting heavy objects<br>Explain:<br>☐ Recent weight lifting lbs.<br>☐ Other:<br><br>**Tetanus Booster >5 years** ☑ Y ☐ N ☐ Unknown<br>**Ever had a Tdap** ☐ Y ☐ N ☐ Unknown | **Skin**<br>☑ Warm ☑ Dry ☐ Pale<br>☐ Red ☐ Cold ☐ Clammy ☐ Scratching ☐ Bruising<br><br>**Abdomen**<br>☑ Normal<br>☐ Pulsatile mass in abdomen<br>☐ Lumps ☐ Redness<br><br>**Extremities**<br>☐ Pedal pulse: R L ☐ Radial pulse: R L<br>☑ Handgrips equal and strong<br>☐ Handgrips unequal and weak<br>   Describe:<br>☐ Tender to touch<br>   Describe:<br>☑ Straight leg raise equal and strong<br>☐ Straight leg raise unequal and weak<br>   Describe:<br>☑ Posture erect<br>☐ Posture not erect<br>   Describe:<br>☑ Gait symmetrical<br>☐ Gait not symmetrical<br>   Describe:<br>☐ Able to walk heel to toe<br>☐ Able to squat and rise<br><br>**Tests**<br>☐ Fingerstick result (diabetics)<br>☐ Dipstick U/A ☐ Normal ☐ Abnormal (see lab slip)<br>(Back pain or excessive exercise)<br><br>**Comments:** |

| | |
|---|---|
| Nurse signature | Print/stamp  T. Young |

CONFIDENTIAL & PRIVILEGED<br>Quality Improvement Information

NA6225b

 **C☉RIZON** HEALTH

## Nursing Encounter Tool
### *Musculoskeletal*
*(Back Pain, Musculoskeletal, Fracture)*

| Patient | Last | First | ID Number |
|---|---|---|---|
| | Vincent | Santangelo | 272258 |

### ☐ Emergent Intervention

| | |
|---|---|
| Practitioner notified: _____ Time: _____ | EMS process activated   Time:_____ |
| | EMS arrival   Time:_____ |
| **If CPR or AED is initiated use Emergency Response Form** | EMS transport   Time:_____ |
| | Facility transported to:_____ |
| | ☐ Other:_____ |

**COMMENTS:**

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100  ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal abdominal exam   ☐ Abnormal dipstick UA
☐ Positive straight leg raise
☐ Numbness/weakness (acute)
☐ Decreased ROM   ☐ Other:_____
☐ Obvious deformity   Reviewed with practitioner: ☐ MAR  ☐ Medical record
☐ Uncontrolled bleeding   ☐ Seen by practitioner   Name:_____ Time:_____
☐ Absence of pedal or radial pulse   ☐ Contacted practitioner  Name:_____ Time:_____
Practitioner Orders Received ☐ Y ☐ N   ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

**COMMENTS/ORDERS:**

### ☑ Nursing Intervention

| CONTINUITY OF CARE | MEDICATION |
|---|---|
| ☐ Nurse follow up scheduled | ☐ O₂ @ ____ LPM via_____ |
| ☐ Referral to practitioner for current presenting complaint | ☐ OTC medication per site guideline |
| | List: Acetaminophen, Ibuprofen |
| ☐ Custody notified of special needs | ☐ KOP |
| | ☐ Medication administered |
| ☐ No further follow up needed at this time | ☐ Medication noted on MAR |

### PATIENT EDUCATION

☐ Patient educated to contact medical if symptoms develop or worsen
☐ Education given   ☐ Written information provided   ☐ Verbal education given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**  Motrin 200mg tab X 2 tabs X 28 day
Take as directed.

| Nurse signature | Print/stamp | Date/Time |
|---|---|---|
| *[signature]* | T. Young | 1/6/17 0338 |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



**C⊘RIZON**
HEALTH™

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: _Holman_  Date: _12-10-16_  Time: _0203_

Individual Requesting Body Chart (print name): _Fountain_  Title: _Lt_

**Inmate statement:**

" _I'm alright_ "

**Description of markings:**

_A/0 X3 Amb's diff. Ø evidence of injury/distress, Denies needs_

Check below:
___ **\*NET** additionally completed and filed in the inmate health record.
___ **\*Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): _E Grayson_  Date: _12-10-16_ Time: _0708_

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: _Vincent Santangelo_  AIS #: _272282_  DOB: ▓▓▓▓

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon, LLC.

**Exhibit L**



## Nursing Encounter Tool
### Skin
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis; Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Demographics/Vital Signs | | | | | |
|---|---|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | | Date Seen: 11/2/16 | | Time Seen: 2054 |
| Patient Name: Last Vincent | | First Santangelo MI | ID # 272282 | DO▮▮ | Age: |
| Vital Signs: *Call Practitioner | *T>100 T:982 *P>100 P:80 | R: 18 | *SBP<100/ BP: 138/97 | Pulse Ox: 98 % ☐RA ☐ O₂: /lpm | Wt: 157 ☑ Actual ☐ Reported |
| Allergies: NKA | | | | | |
| Chronic care clinic: ☐ Y ☑ N    What Clinic(s): | | | | | |

### Subjective

Chief Complaint: Jock Itch
Onset Date: 1 mth    Location Gentials

Have you had this problem before? ☐ Y ☐ N
Describe: _____

**Associated Factors:**
☐ Pain scale is now _____/10  at worst _____/10
What makes it better _____
What makes it worse: _____
☑ Redness            ☐ Fever
☑ Itching            ☐ Burning
☐ Tingling           ☐ Swelling
☐ Tenderness         ☐ Rash
☐ Shave bumps
☐ Open or draining
   Describe: _____
☐ Recent injury to area Date: _____
   Describe: _____
☐ Recent exposure to allergens/irritants Date: _____
   Describe: _____

**Current Medications: (mark all that apply)**
☐ Anticoagulants  ☐ Steroids
☐ Other: _____
☐ Recent vaccination within last 7 days
What vaccination? _____
☐ New medication within past 30 days?
What medication? _____

**Pertinent Medical Conditions:**
☐ Eczema  ☐ Shingles
☐ Diabetes ☐ MRSA  ☐ Scabies
☑ Jock itch  ☐ Immunocompromised  ☐ Athlete's foot
☐ Decreased circulation    ☐ IV drug use

### Objective

**Location of skin condition:**
☐ Head   ☐ Trunk   ☐ Back   ☑ Genitals
☐ R arm  ☐ L arm   ☐ R hand  ☐ L hand
☐ R leg  ☐ L leg   ☐ R foot  ☐ L foot
Describe: _____

**Skin:**
☑ Warm     ☑ Dry      ☐ Pale    ☐ Yellow
☐ Cool     ☐ Cold     ☐ Hot     ☐ Red streak
☐ Clammy   ☐ Scaly    ☐ Red     ☐ Cracking
☐ Blisters ☐ Tender to touch
☐ Lice or nits seen
☐ Mite tunnels
☐ Fresh needle tracks
☐ Bleeding
   Describe: _____
☐ Swelling
   Describe: _____
☐ Open area: Size: _____ mm
   Describe: _____
☐ Drainage: Amount: _____
   Describe: _____
☐ Odor
   Describe: _____
☐ Embedded foreign object
   Describe: _____
☑ Rash Size: On side of Gentials
   Describe: _____
☐ Nail involvement
   Describe: _____

**Tests:**
☐ Fingerstick result _____ (Diabetics)

**Comments:**
_____
_____
_____
_____
_____

Nurse signature _____

Print/stamp  W. Sturdivant, LPN

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7140
Issued 8/2015

©2015 Corizon Health, Inc.

Exhibit L

Page 1 of 2

**CORIZON** HEALTH·

**Nursing Encounter Tool**
*Skin*
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;
Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Patient | Last | Vincent | First | Santangelo | ID Number | 272282 |

☐ **Emergent Intervention**

| Practitioner notified: _____ Time: _____ | EMS process activated | Time: _____ |
| | EMS arrival | Time: _____ |
| **If CPR or AED is initiated use Emergency Response Form** | EMS transport | Time: _____ |
| | Facility transported to: _____ |
| | ☐ Other: _____ |

COMMENTS:

*Antifungal Crm PRN for itch*

☐ **Urgent Intervention-Contact Practitioner**
**Practitioner contact required due to:** (check all that apply)
☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100    ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Uncontrolled bleeding
☐ Hot, red, tender, odoriferous                ☐ Other:_____
☐ Lacerations needing stitches                Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Isolation if suspect Shingles or Chickenpox until lesions dry   ☐ Seen by practitioner  Name:_____ Time:_____
                                              ☐ Contacted practitioner Name:_____ Time:_____
Practitioner orders received ☐ Y ☐ N           ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:
COMMENTS/ORDERS:

☐ **Nursing intervention**

**CONTINUITY OF CARE**                     **MEDICATION**
☐ Hot packs
☐ Wound care                              ☐ O₂ @ _____ LPM via _____
☐ **RICE** (Rest, Ice, Compress, Elevate)
☐ Nurse follow up scheduled
☐ Referral to practitioner for Mite tunnels    ☐ KOP
☐ Referral to practitioner for Lice or Nits    ☑ Medication administered
☐ Referral to practitioner for open area with drainage  ☑ Medication noted on MAR
☐ Referral to practitioner for current presenting complaint  ☐ Steri strips: Number placed: _____
☐ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ Custody notified of special needs
☐ No further follow up needed at this time

**PATIENT EDUCATION**
☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided    ☑ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
COMMENTS:

| Nurse signature | W. Sturdivant, LPN  Print/stamp | 12/16 2054  Date/time |

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

NA7140
Issued 8/2015
Page 47
©2015 Corizon Health, Inc.
Page 2 of 2
Exhibit L



## CORIZON
HEALTH

### Progress Note

| Name: | Last *Vincent* | First *Santangelo* | MI |
|---|---|---|---|
| Date of Birth: | 11/2/91 | ID #: *21722* | |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| | | S: Reports shave bumps | |
| | | O - young BM NAD | |
| | | Face no bumps on face or neck | |
| | | A: no current evidence of facial infection | |
| | | Plan RTC prn | |
| 5-25-17 | 1400 | Re: Back pain | |
| wt. | 173 | T: 98.² P: 73 R: 18 B/P: 122/79 O2: 98% | |
| | | Hx: 26 y old male here today complaining of low back pain since January after altercation | |
| | | Everytime when sitting down for long or lying down for long | |
| | | Pain relieved by walking | |
| | | Exam: comfortable in NAD | |
| | | Spine: + LBT Limited Flexion | |
| | | OTA | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

Exhibit L

© 2015 Corizon Health, Inc.   All rights reserved.

| Date | Time | Description | Signature |
|------|------|-------------|-----------|
| 5/25/17 (cont) | | A #2 low Mechanical Back Pain 2nd To Trauma Cut to work | |
| | | New → wear back belt x 2 months Continue following motion as needed Add Robaxin 500 mg ODaily x 60 days F/U with MD in 2 months. | |
| | | *Dr. Manuel Pouparinas* | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
© 2015 Corizon Health, Inc.   All rights reserved.

CS1104



Exhibit L

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO

HLM-SEG-6263

Inmate ID: 272282

**Allergies: No Known Drug Allergy**

Order Entry:

| Start | | Start | Stop | Entered |
|---|---|---|---|---|
| ibuprofen Oral 400 mg      400 mg TAB (MOTRIN) Oral TWICE A DAY (60 Days) PRN for Pain Take 1 tab by mouth twice daily as needed for pain- take with food | | 7/24/17  0:00 | 9/21/17  23:59 | 7/17/17  10:31 Gray,Ellen Pouparinas,Manuel |
| methocarbamol Oral 750      750 mg mg TAB (ROBAXIN) Oral DAILY (60 Days) Take 1 tab by mouth daily- may cause drowsiness | | 7/26/17  3:00 | 9/23/17  23:59 | 7/17/17  10:32 Gray,Ellen Pouparinas,Manuel |

7 /17/17

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

Page 1 of 1

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO

Inmate ID: 272282

HLM-MAIN-6263

**Allergies: No Known Drug Allergy**

Order Entry:

Start

| | Start | Stop | Entered |
|---|---|---|---|
| loratadine Oral 10 mg TAB    10 mg (CLARITIN) Oral DAILY (30 Days) | 7/4/17   4:00 | 8/2/17  23:59 | 6/30/17   9:24 |

Dixon,Lisa

Pouparinas,Manuel

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L





*All orders will be generic unless specified by practitioner*

PSNMOF

## Practitioner's Orders

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes   Per: _____ |
|---|---|
| DOB: _____  ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____  Time: _____ | Practitioner Signature _____  Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes   Per: _____ |
|---|---|
| DOB: _____  ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____  Time: _____ | Practitioner Signature _____  Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes   Per: _____ |
|---|---|
| DOB: _____  ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____  Time: _____ | Practitioner Signature _____  Date & Time: _____ |

| Patient Name: | Verbal / Telephone Orders  ○ No  ○ Yes   Per: _____ |
|---|---|
| DOB: _____  ID# _____ | |
| Housing Unit: _____ | |
| Allergies: _____ | |
| Noted By: _____ | |
| Date: _____  Time: _____ | Practitioner Signature _____  Date & Time: _____ |

| Patient Name: Vincent, Santangelo | (Verbal) / Telephone Orders  ○ No  ⦿ Yes   Per: Pouparinas |
|---|---|
| DOB: ▮▮▮▮  ID# 272282 | Claritin 10mg daily x 90 days |
| Housing Unit: B-59 | Vor Pouparinas 10mm 1Pw |
| Allergies: NKA | Dr. Manuel Pouparinas |
| Noted By: ?m 1Pw | |
| Date: 1/30/17  Time: 1035 | Practitioner Signature _____  Date & Time: 1/3/17 |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

© 2015 Corizon Health, Inc.   All rights reserved.

Exhibit L

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO

Inmate ID: 272282

**Allergies: No Known Drug Allergy**

Order Entry:

HLM-SEG-6263

Discontinue

| | | Start | Stop | | Entered |
|---|---|---|---|---|---|
| CETIRIZINE HCL 10 MG | 1 DOSE | 2/24/17  0:00 | 6/2/17  12:07 | | 2/24/17  13:48 |

TABS ZYRTEC (ZYRTEC)
Oral DAILY PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY  AS NEEDED  MAY
CAUSE DROWSINESS

Lozano,Mario

Pouparinas,Manuel

Start

| | | Start | Stop | | Entered |
|---|---|---|---|---|---|
| loratadine Oral 10 mg TAB | 10 mg | 6/3/17  3:00 | 7/2/17  23:59 | | 6/2/17  12:07 |

(*CLARITIN)
Oral DAILY (30 Days)

Johnson,Shirley

Pouparinas,Manuel

6/2/17

Dr/Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L
Page 1 of 1

# Alaba...a Department of Corrections
## Medication Order for Chart Use

272282          VINCENT, SANTANGELO              HLM-SEG-6263

**Allergies: No Known Drug Allergy**

Order Entry:

Start                                                        Start          Stop            Entered

   ibuprofen Oral 400 mg       400 mg              5/25/17  16:00    7/23/17  23:59    5/25/17  14:24
   TAB (*MOTRIN)
     Oral TWICE A DAY (60 Days)                                                    Pouparinas,Manuel

     Order #: 2388091601

   methocarbamol Oral 750       750 mg              5/26/17   3:00    7/24/17  23:59    5/25/17  14:25
   mg TAB (*ROBAXIN)
     Oral DAILY (60 Days)                                                          Pouparinas,Manuel

     Order #: 2388145948

       e-Signed by: Pouparinas,Manuel _____          5/25/17  14:26

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

# Alabama Department of Corrections
## Medication Order for Chart Use

272282          VINCENT, SANTANGELO              HLM-SEG-6263

**Allergies: No Known Drug Allergy**

Order Entry:

| Start | | Start | Stop | Entered |
|---|---|---|---|---|
| ibuprofen Oral 400 mg TAB (*MOTRIN) | 400 mg | 5/25/17  16:00 | 7/23/17  23:59 | 5/25/17  14:24 |
| Oral TWICE A DAY (60 Days) | | | | Pouparinas,Manuel |
| Order #: 2388091601 | | | | |
| methocarbamol Oral 750 mg TAB (*ROBAXIN) | 750 mg | 5/26/17  3:00 | 7/24/17  23:59 | 5/25/17  14:25 |
| Oral DAILY (60 Days) | | | | Pouparinas,Manuel |
| Order #: 2388145948 | | | | |

e-Signed by: Pouparinas,Manuel _____          5/25/17  14:26

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO

Inmate ID: 272282

**Allergies: No Known Drug Allergy**

Order Entry:

HLM-SEG-6263

Start

| | Start | Stop | Entered |
|---|---|---|---|
| ibuprofen Oral 200 mg    400 mg | 4/25/17  3:00 | 5/1/17  23:59 | 4/25/17  2:49 |

ibuprofen Oral 200 mg    400 mg
TAB (ADVIL)
Oral TWICE A DAY (7 Days) PRN
for Pain

Young,Tamekia

STONE,KAREN,MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L   Page 1 of 1

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO

Inmate ID: 272282

HLM-SEG-6263

**Allergies: No Known Drug Allergy**

Order Entry:

| Discontinue | | Start | Stop | Entered |
|---|---|---|---|---|
| CETIRIZINE HCL 10 MG | 1 DOSE | 10/19/16  0:0 | 2/24/17  13:44 | 9/20/16  11:15 |
| TABS ZYRTEC (ZYRTEC) | | | | |
| Oral DAILY PRN | | | | Bailey,Stephanie |
| for allergy symptoms | | | | HARTZ,TERESA NP |
| TAKE 1 TAB BY MOUTH DAILY  AS NEEDED  MAY | | | | |
| CAUSE DROWSINESS | | | | |

| Start | | Start | Stop | Entered |
|---|---|---|---|---|
| cetirizine Oral 10 mg TAB | 10 mg | 2/24/17  14:0( | 8/22/17  23:59 | 2/24/17  13:48 |
| (ZYRTEC) | | | | |
| Oral DAILY (180 Days) PRN | | | | Gray,Ellen |
| for allergy symptoms | | | | HARTZ,TERESA NP |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO
Inmate ID: 272282
**Allergies: No Known Drug Allergy**
Order Entry:

HLM-SEG-6263



| Start | | Start | Stop | Entered |
|---|---|---|---|---|
| | ocular lubricant      Variable | 2/18/17  15:0( | 2/24/17  23:59 | 2/18/17  14:39 |
| | Ophthalmic SOLN 15 ml (*Liquifilm Forte) | | | |
| | Ophthalmic USE AS DIRECTED (7 | | | Gray,Ellen |
| | Days) PRN | | | Arnold,Patrick |
| | for For Dry Eyes | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L
Page 1 of 1

# MAR Worksheet

1/9/17  5:58  -  1/9/17  7:28

M,1,43A        VINCENT, SANTANGELO        272282        DOB: 1/2/91

| Medication | Scheduled Time | Given |
|---|---|---|
| **A** CETIRIZINE HCL 10 MG    1 DOSE<br>Oral DAILY (180 Days) PRN<br>for allergy symptoms<br>TAKE 1 TAB BY MOUTH DAILY  AS<br>NEEDED  MAY CAUSE<br>DROWSINESS | **PRN** |  |
| **A** ibuprofen Oral 200 mg      200 mg<br>Oral TWICE A DAY PRN<br>for Pain<br>Take as directed | **PRN** | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

VINCENT, SANTANGELO



1/9/17        5:58 am        Exhibit L

# Alabama Department of Corrections
## Medication Orders

VINCENT, SANTANGELO

Inmate ID: 272282

**Allergies: No Known Drug Allergy**

Order Entry:

HLM-MAIN-6263

| Start | | | Start | Stop | Entered |
|---|---|---|---|---|---|
| | | | 11/2/16 23:00 | 11/9/16 11:06 | 11/2/16 22:04 |

tolnaftate          1 Application
topical 1% Topical SOLN 10 ml (TINACTIN A-F)
  Topical USE AS DIRECTED
  for FOR RASH
  APPLY CREAM AS NEEDED FOR ITCH

Sturdivant,Wanda

Arnold,Patrick

11/3/16
1150

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 60

Exhibit L

# Alabama Department of Corrections
## Medication Administration Record  May 01, 2017 - May 31, 2017

HLM-SEG-6263

Medications

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**IBUPROFEN 200 MG TABS 1 DOSE**
ADVIL (ADVIL)
Oral TWICE A DAY (7 Days)
for back pain
TAKE 2 TABS BY MOUTH TWICE DAILY  TAKE WITH FOOD
Rx 2325086211 O/D:05/04/17  D/C:05/10/17

| Time | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|
| 03:00 | RG | RW | DD | RW | RW | ND |
| 16:00 | CT | CT | TY | DD | CT | EG | CT |

Physician: STONE              , KAREN,MD

**IBUPROFEN 400 MG TABS 1 DOSE**
MOTRIN (MOTRIN)
Oral TWICE A DAY (60 Days)
TAKE 1 TAB BY MOUTH TWICE DAILY  TAKE WITH FOOD
Rx 2388091601 O/D:05/25/17  D/C:07/23/17

| Time | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|
| 03:00 | | | | | | | |
| 16:00 | TH | TH | RG | RG | TH | RG |  |
|  | TY | CT | CT | CT | TY | CT | CT |

Physician: POUPARINAS          , MANUEL,MD

**METHOCARBAMOL 750 MG TABS ROBAXIN (ROBAXIN) 1 DOSE**
Oral DAILY (60 Days)
TAKE 1 TAB BY MOUTH DAILY
MAY CAUSE DROWSINESS
Rx 2388145941 O/D:05/26/17  D/C:07/24/17

| Time | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|
| 03:00 | TH | TH | RG | RG | TH | RG |

Physician: POUPARINAS          , MANUEL,MD

**CETIRIZINE HCL 10 MG TABS ZYRTEC (ZYRTEC) 1 DOSE**
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE DROWSINESS
Rx 2134911941 O/D:02/24/17  D/C:08/22/17

| 2 | 5 | 6 | 7 | 8 | 11 | 12 | 13 | 14 | 15 | 18 | 19 | 22 | 23 | 24 | 27 | 28 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | RG | RG | TY | DD | RG | AL | DM | RE | RG | AL | TY | AL | RG | RE | RG | RG | RG |
| TY | | | | | TY | | | TY | | | | TY | | | | | |

Physician: HARTZ               , TERESA NP

DOB:01/02/1991       Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

K,1,45A

VINCENT, SANTANGELO          DOC #272282          2 7 2 2 8 2

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
          On Hold

6/1/17  7:45

Exhibit L
Page 2 of 3

# Alabama Department of Corrections

HLM-SEG-6263

Medication Administration Record  May 01, 2017  - May 31, 2017

| Medications | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IBUPROFEN 200 MG TABS** | 1 | RG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **DOSE** | | TY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ADVIL (ADVIL)** Oral TWICE A DAY (7 Days) PRN for Pain TAKE 2 TABS BY MOUTH TWICE DAILY AS NEEDED   TAKE WITH FOOD Rx 2299625144O/D:04/25/17  D/C:05/01/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Physician: STONE           , KAREN,MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB:01/02/1991          Sex:M

Unit: HLM-SEG-6263

Diagnosis:

Allergies: No Known Drug Allergy

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

K,1,45A

VINCENT, SANTANGELO

DOC #272282

2 7 2 2 8 2

6/1/17   7:45    Page 62

Exhibit L

# Alabama Department of Corrections
## Medication Administration Record  April 01, 2017 - April 30, 2017

HLM-SEG-6263

**Medications**

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VINCENT, SANTANGI**

**CETIRIZINE HCL 10 MG DOSE**    1
**TABS ZYRTEC (ZYRTEC)**
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 2134911940/D:02/24/17  D/C:08/22/17

Entries: RG RG AL RG | AL | AL | RE RG RE | AL | RG AL AL RE RE

Physician: HARTZ          , TERESA NP

**IBUPROFEN 200 MG TABS DOSE**    1
**ADVIL (ADVIL)**
Oral TWICE A DAY (7 Days) PRN
for Pain
TAKE 2 TABS BY MOUTH TWICE
DAILY AS NEEDED   TAKE WITH
FOOD
Rx 2299625144O/D:04/25/17  D/C:05/01/17

Entries: RG AL AL RE RE / CT WS CT CT CT

Physician: STONE          , KAREN,MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: ▮▮▮▮▮    Sex:M    Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

M,1,43A
VINCENT, SANTANGELO    DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
     On Hold

5/2/17  10:33    Page 63

Exhibit L

# Alabama Department of Corrections

**HLM-SEG-6263**

Medication Administration Record  April 01, 2017 - April 30, 2017

Medications

| VINCENT, SANTANGI | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CETIRIZINE HCL 10 MG**    1
**DOSE**
**TABS ZYRTEC (ZYRTEC)**
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 2134911941 O/D:02/24/17  D/C:08/22/17
Physician: HARTZ      , TERESA NP

Row: RG RG AL RG (cols 2-4,5) AL (col 7) ... AL (col 13) RE RG RE (cols 15-17) AL (col 22) RG (col 26)

**IBUPROFEN 200 MG TABS**    1
**DOSE**
**ADVIL (ADVIL)**
Oral TWICE A DAY (7 Days) PRN
for Pain
TAKE 2 TABS BY MOUTH TWICE
DAILY AS NEEDED   TAKE WITH
FOOD
Rx 2299625144 O/D:04/25/17  D/C:05/01/17
Physician: STONE      , KAREN,MD

Row: RG (col 26)

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: █████    Sex:M     Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A        DOC #272282

VINCENT, SANTANGELO

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
     On Hold

4/26/17  8:51    **Page 64**

**Exhibit L** Page 1 of 1

# Alabama Department of Corrections

**Medications**   HLM-SEG-6263   Medication Administration Record  April 01, 2017  - April 30, 2017

Time  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31

| AL | Long, Arthur, RN |
| RG | Garrick, Ramona, LPN |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▓▓▓▓   Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO

DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

4/26/17  8:51   Page 65

Exhibit L

Page 1 of 1

# Alabama Department of Corrections

**Medications**  HLM-SEG-6263  Medication Administration Record March 31, 2017 - April 06, 2017

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VINCENT, SANTANGI**

CETIRIZINE HCL 10 MG 1 DOSE
TABS ZYRTEC (ZYRTEC)
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 2134911941O/D:02/24/17  D/C:08/22/17

Physician: HARTZ           , TERESA NP

RG RG AL RG

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB [REDACTED]          Sex:M          Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

M,1,43A                    DOC #272282

VINCENT, SANTANGELO

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

4/7/17  8:26   **Page 66**

Exhibit L

# Alabama Department of Corrections

HLM-SEG-6263

## Medication Administration Record March 01, 2017 - March 31, 2017

| Medications | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VINCENT, SANTANGI** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CETIRIZINE HCL 10 MG DOSE** | 1 | | RG | AL | AL | AL | JL | RG | JL | AL | AL | | RE | | | AL | AL | AL | RG | RG | | | | AL | JS | DD | | AL | RG | RG | |
| **TABS ZYRTEC (ZYRTEC)** Oral DAILY (180 Days) PRN for allergy symptoms TAKE 1 TAB BY MOUTH DAILY AS NEEDED MAY CAUSE DROWSINESS Rx 213491194 O/D:02/24/17 D/C:08/22/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Physician: HARTZ , TERESA NP

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ████ Sex:M          Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A                    DOC #272282

VINCENT, SANTANGELO

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

4/26/17  8:51  **Page 67**

**Exhibit L**

# Alabama Department of Corrections

**Medications**   HLM-SEG-6263   Medication Administration Record  March 01, 2017  - March 31, 2017

Time  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31

| AL | Long, Arthur, RN |
| DD | Dortch, Darcel, LPN |
| JL | Langford, Jonathan, LPN |
| JS | Stewart, Janet |
| RG | Garrick, Ramona, LPN |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▉▉▉   Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A   DOC #272282

VINCENT, SANTANGELO

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

4/26/17  8:51

Page 68

Exhibit L Page 1 of 1

# Alabama Department of Corrections

HLM-SEG-6263

## Medication Administration Record  February 01, 2017 - February 28, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **cetirizine 10 mg TAB** (ZYRTEC)  1 DOSE | | JL | AL | AL | AL | RG | RG | AL | AL | | RE | | | NA | NA | | | | AL | | | AL | AL | RG | RG | | | | | | | |
| Oral USE AS DIRECTED for allergy symptoms 10 mg PO DAILY PRN Rx 18196573310/D:10/19/16  D/C:02/24/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: RODDAM          , ROY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ARTIFICIAL TEARS (15ML)  1 DOSE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1.4% OPTH LIQUEI.M TEARS OINTMENT USE AS DIRECTED (7 MONTHS BALANCE) PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| for for Dry Eyes USE AS DIRECTED AS NEEDED Rx 2121128478O/D:02/18/17  D/C:02/24/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: ARNOLD          , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CETIRIZINE HCL 10 MG  1 DOSE** | | | | | | | | | | | | | | | | | | | | | | | | | | RG | JS | EG | AL | | | |
| TABS ZYRTEC (ZYRTEC) Oral DAILY (180 Days) PRN for allergy symptoms TAKE 1 TAB BY MOUTH DAILY AS NEEDED  MAY CAUSE DROWSINESS Rx 2134911941O/D:02/24/17  D/C:08/22/17 | | | | | | | | | | | | | | | | | | | | | | | | | | JS | | | | | | |
| Physician: HARTZ          , TERESA NP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▮▮▮▮        Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO        DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

3/2/17  8:36   Page 69

Exhibit L

# Alabama Department of Corrections

HLM-SEG-6263

## Medication Administration Record  February 01, 2017  - February 28, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IBUPROFEN 200 MG TABS**    1 | | JL | AL | AL | AL | RG | RG | | | | | | | | | | | | | | | | | | | | | | | | | |
| **DOSE** | | CT | TY | CT | CT | CT | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ADVIL (ADVIL)** Oral TWICE A DAY PRN for Pain TAKE 1 TAB BY MOUTH TWICE DAILY  AS NEEDED  TAKE WITH FOOD Take as directed Rx 2010994577O/D:01/09/17  D/C:02/06/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: ARNOLD          , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: ████████          Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO          DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

3/2/17  8:36   Page 70

Exhibit L