# Alabama Department of Corrections
## Medication Administration Record   January 01, 2017  - January 31, 2017

**Medications**   HLM-MAIN-6263

**VINCENT, SANTANGI**

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CETIRIZINE HCL 10 MG 1 DOSE** | | WS | SJ | EG | LD | AW | AW | | RE | RG | RG | | AW | AL | RC | KK | AW | EG | AL | CW | AL | RG | | RG | | AL | AL | AL | JL | | |
| | | | | | | | | EG | | | | | | | WS | | | LB | | | | | | | | | | | | | |

TABS ZYRTEC (ZYRTEC)
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 18196573310/O:10/19/16  D/C:04/16/17
Physician: ARNOLD        , PATRICK H MD

| **PROFEN 200 MG TABS 1 DOSE** | | | | | | | | WS | RG | AW | CT | AL | | WS | CT | CT | AL | | AL | RG | CT | RG | CT | AL | AL | AL | JL | | WS |
| | | | | | | | | | CT | CT | | CT | | | | CT | | CT | CT | | WS | | CT | CT | JS | WS | | |

ADVIL (ADVIL)
Oral TWICE A DAY PRN
for Pain
TAKE 1 TAB BY MOUTH TWICE
DAILY  AS NEEDED  TAKE WITH
FOOD
Take as directed
Rx 20109945770/O:01/09/17  D/C:02/06/17
Physician: ARNOLD        , PATRICK H MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: [redacted]   Sex:M   Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

M,1,43A
VINCENT, SANTANGELO   DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

2/6/17  10:17  Page 71

Exhibit L

# Alabama Department of Corrections

**HLM-MAIN-6263**

### Medication Administration Record   January 01, 2017 - January 31, 2017

Medications

**VINCENT, SANTANGI**

| Med | Dose | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CETIRIZINE HCL 10 MG DOSE TABS ZYRTEC (ZYRTEC)** — 1
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 1819657331 O/D:10/19/16  D/C:04/16/17

Row 1: WS SJ EG LD AW AW | RE RG RG | AW AL RC KK AW EG AL RG | RG | AL AL AL JL
Row 2: EG | WS | LB

Physician: ARNOLD, PATRICK H MD

**I_PROFEN 200 MG TABS DOSE ADVIL (ADVIL)** — 1
Oral TWICE A DAY PRN
for Pain
TAKE 1 TAB BY MOUTH TWICE
DAILY  AS NEEDED  TAKE WITH
FOOD
Take as directed
Rx 2010994577 O/D:01/09/17  D/C:02/06/17

Row 1: WS RG AW CT AL | WS CT CT AL | AL RG CT RG CT AL AL AL | WS
Row 2: CT CT | CT | CT | CT CT | WS | CT CT JS WS

Physician: ARNOLD, PATRICK H MD

DOB [redacted]  Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A
VINCENT, SANTANGELO

DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

2/6/17  10:17   Page 72

Exhibit L

# Alabama Department of Corrections

HLM-SEG-6263

## Medication Administration Record  February 01, 2017 - February 28, 2017

**VINCENT, SANTANGI**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| cetirizine 10 mg TAB (ZYRTEC) **1 DOSE** | | JL | AL | AL | AL | RG | RG | AL | AL | | RE | | | NA | NA | | | | AL | | | AL | AL | RG | RG | | | | | | | |

cetirizine 10 mg TAB (ZYRTEC) **1 DOSE**
Oral USE AS DIRECTED
for allergy symptoms
10 mg PO DAILY PRN
Rx 18196573 3IO/D:10/19/16  D/C:02/24/17
Physician: Hooper              , Charles

**ARTIFICIAL TEARS (15ML)  1 DOSE**
1.4% OPTH LIQUIEILM TEARS (S      )(TANE BALANCE)
for For Dry Eyes
USE AS DIRECTED  AS NEEDED
Rx 21211284 7EO/D:02/18/17  D/C:02/24/17
Physician: ARNOLD          , PATRICK H MD

| CETIRIZINE HCL 10 MG **1 DOSE** | | | | | | | | | | | | | | | | | | | | | | | | | | RG | JS | EG | AL | | | |

**CETIRIZINE HCL 10 MG  1 DOSE**
TABS ZYRTEC (ZYRTEC)
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 213491194 1O/D:02/24/17  D/C:08/22/17
Physician: HARTZ              , TERESA NP

DOB: ▮▮▮▮▮  Sex:M    Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO

DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
         On Hold

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

4/26/17  8:51  Page 73

Exhibit L  Page 1 of 2

# Alabama Department of Corrections

## Medication Administration Record  February 01, 2017 - February 28, 2017

**HLM-SEG-6263**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IBUPROFEN 200 MG TABS   1 DOSE** ADVIL (ADVIL) Oral TWICE A DAY PRN for Pain TAKE 1 TAB BY MOUTH TWICE DAILY  AS NEEDED  TAKE WITH FOOD Take as directed Rx 2010994577O/D:01/09/17  D/C:02/06/17 Physician: ARNOLD          , PATRICK H MD | | JL | AL | AL | AL | RG | RG | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | CT | TY | CT | CT | CT | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▉▉▉▉▉   Sex:M          Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO                DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

4/26/17  8:51   **Page 74**

Exhibit L   Page 2 of 2

## Alabama Department of Corrections

Medications   HLM-SEG-6263   Medication Administration Record  February 01, 2017  - February 28, 2017

| | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | Long, Arthur, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CT | Thomas, Charlene, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EG | Gray, Ellen, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JL | Langford, Jonathan, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JS | Stewart, Janet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RG | Garrick, Ramona, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RW | Wilkins, Randy, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TY | Young, Tamekia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB:        Sex:M      Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO

DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
       On Hold



4/26/17  8:51   Page 75

Exhibit L

Page 1 of 1

# Alabama Department of Corrections

**HLM-SEG-6263**

**Medication Administration Record** January 01, 2017 - January 31, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **cetirizine 10 mg TAB (ZYRTEC)** 1 DOSE | | | WS | SJ | EG | LD | AW | AW | | RE | RG | RG | | AW | AL | RC | KK | AW | EG | AL | CW | AL | RG | | RG | | AL | AL | AL | JL | | |
| | | | | | | | | | EG | | | | | | | WS | | | LB | | | | | | | | | | | | | |
| Oral USE AS DIRECTED for allergy symptoms 10 mg PO DAILY PRN Rx 18196573310/D:10/19/16 D/C:02/24/17 Physician: Hooper , Charles | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **IBUPROFEN 200 MG TABS** 1 DOSE **ADVIL (ADVIL)** | | | | | | | | | WS | RG | AW | CT | AL | | WS | CT | CT | AL | | AL | RG | CT | RG | CT | AL | AL | AL | | WS |
| | | | | | | | | | | CT | CT | | CT | | | | | CT | | CT | CT | | WS | | CT | CT | JS | WS | |
| O TWICE A DAY PRN for pain TAKE 1 TAB BY MOUTH TWICE DAILY AS NEEDED TAKE WITH FOOD Take as directed Rx 20109945770/D:01/09/17 D/C:02/06/17 Physician: ARNOLD , PATRICK H MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: █████ Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO

DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/ On Hold

4/26/17 8:50 **Page 76**

**Exhibit L**

# Alabama Department of Corrections

**Medications**   HLM-SEG-6263   Medication Administration Record   January 01, 2017 – January 31, 2017

| | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | Long, Arthur, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Wall, Ashley, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CT | Thomas, Charlene, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CW | Whatley, Candice, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EG | Gray, Ellen, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JL | Langford, Jonathan, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JS | Stewart, Janet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KK | Klenk, Kelly, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LB | Brown, Lydia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| F | Carnley, Rachael, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RG | Garrick, Ramona, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SJ | Johnson, Shirley, Pharmacy I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WS | Sturdivant, Wanda, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

DOB ▮▮▮▮▮   Sex: M   Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

N - No Show
NA - Not Admin
R - Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/ On Hold

M,1,43A

VINCENT, SANTANGELO   DOC #272282



4/26/17  8:50   Page 77

Exhibit L   Page 1 of 1

# Alabama Department of Corrections

**HLM-MAIN-6263**

Medications

Medication Administration Record  December 01, 2016  - December 31, 2016

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VINCENT, SANTANGI**

| CETIRIZINE HCL 10 MG   1 |  |  | LD | KK |  |  |  | AW | LD |  |  |  |  |  | LB | DD | CW | AW | EG | EG | LB |  |  | EG | WS | AW |  | LD | RE | WS |
| DOSE |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | AW |  |

TABS ZYRTEC (ZYRTEC)
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 1819657331O/D:10/19/16  D/C:04/16/17

Physician: ARNOLD      , PATRICK H MD

DOB ████████  Sex:M      Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A                DOC #272282

VINCENT, SANTANGELO

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

Exhibit L

Page 1 of 1

CONFIDENTIAL & PRIVILEGED
Quality Improvement Info

# Alabama Department of Corrections

**HLM-SEG-6263**

**Medication Administration Record** December 01, 2016 - December 31, 2016

| Medications | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VINCENT, SANTANGI** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **cetirizine 10 mg TAB (ZYRTEC)** | **1 DOSE** | | | | LD | KK | | | | AW | LD | | | | | | | LB | DD | CW | AW | EG | EG | LB | | EG | WS | AW | | | LD | RE | WS |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AW | | |
| Oral USE AS DIRECTED for allergy symptoms 10 mg PO DAILY PRN Rx 1819657331 O/D:10/19/16 D/C:02/24/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Physician: Hooper , Charles

DOB: ▮▮▮▮ Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO   DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

4/26/17  8:50  **Page 79**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L
Page 1 of 1

# Alabama Department of Corrections

**HLM-SEG-6263**

## Medication Administration Record  December 01, 2016 - December 31, 2016

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AW | Weaver, Anita, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Wall, Ashley, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CW | Whatley, Candice, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DD | Dortch, Darcel, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EG | Gray, Ellen, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KK | Klenk, Kelly, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LB | Brown, Lydia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RG | Garrick, Ramona, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WS | Sturdivant, Wanda, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB [REDACTED]    Sex:M    Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO    DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
         On Hold

4/26/17  8:50  **Page 80**

Exhibit L

Page 1 of 1

# Alabama Department of Corrections

HLM-MAIN-6263

## Medication Administration Record   November 01, 2016  - November 30, 2016

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VINCENT, SANTANGI**

**tolnaftate        1 Application**
**topical 1% Topical SOLN 10 ml**
**(TINACTIN A F)**
Topical USE AS DIRECTED
for FOR RASH
APPLY CREAM AS NEEDED FOR
ITCH
Rx 1877660766O/D:11/02/16  D/C:11/09/16

Physician: Arnold                    ,  Patrick

**CETIRIZINE HCL 10 MG        1**
**[  E**
**TABS ZYRTEC (ZYRTEC)**
Oral DAILY (180 Days) PRN
for allergy symptoms
TAKE 1 TAB BY MOUTH DAILY
AS NEEDED  MAY CAUSE
DROWSINESS
Rx 1819657331O/D:10/19/16  D/C:04/16/17

Physician: ARNOLD              ,  PATRICK H MD

Row values for CETIRIZINE: LD | LD | LD | LD | LD | AW | RC | LD | AP | | LD | LD | EG | LD | LD | | LD | AW | LD | | LD | | EG | EG

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▮▮▮▮▮▮        Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,26A

VINCENT, SANTANGELO

DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
           On Hold

Exhibit L    Page 1 of 1

# Alabama Department of Corrections

## Medication Administration Record  November 01, 2016 - November 30, 2016

HLM-SEG-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VINCENT, SANTANGI**

**cetirizine 10 mg TAB  1 DOSE (ZYRTEC)**

Oral USE AS DIRECTED
for allergy symptoms
10 mg PO DAILY PRN
Rx 18196573310/D:10/19/16  D/C:02/24/17

Row values: LD | LD | LD | LD | LD | AW | RC | LD | AP | | | LD | LD | EG | LD | LD | | | LD | AW | LD | | | LD | | | | EG | | EG |

Physician: Hooper          , Charles

**tolnaftate  1 Application**
**topical 1% Topical SOLN 10 ml (TINACTIN AF)**

Topical USE AS DIRECTED
for FOR RASH
APPLY CREAM AS NEEDED FOR
ITCH
Rx 187766076EO/D:11/02/16  D/C:11/09/16

Physician: Arnold          , Patrick

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: [redacted]     Sex:M     Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A

VINCENT, SANTANGELO          DOC #272282

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

4/26/17  8:49  **Page 82**

Exhibit L   Page 1 of 1

# Alabama Department of Corrections

HLM-SEG-6263

## Medication Administration Record  November 01, 2016  -  November 30, 2016

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP | Primm, Alberta, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Wall, Ashley, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EG | Gray, Ellen, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RC | Carnley, Rachael, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▇▇▇▇    Sex:M    Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

M,1,43A    DOC #272282

VINCENT, SANTANGELO

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
       On Hold



4/26/17  8:49  Page 83

Exhibit L Page 1 of 1

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____

☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal        ☐ Anxious        ☐ Physical Complaints
    ☐ Homicidal     ☐ Depressed    ☐ Sleep Disturbance
    ☐ Mutilating     ☐ Withdrawn    ☐ Hallucinations/Delusions
    ☐ Hostile, Angry  ☐ Poor hygiene  ☐ Suspicious
    ☐ Other inappropriate behavior:_____

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:**_____
_____ *Seg Placement per Doc* _____
_____
_____
_____
_____

Referred by: *C. Loyr* _____ Phone Contact #:_____ Date: *7/14/17*
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)
**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**
_____
_____
_____
_____
_____
_____
_____
_____

Follow-Up by: _____ Date:_____

| Inmate Name: VINCENT SANTANGELO | Cell #: | AIS #: 272282 |
|---|---|---|

Disposition: Inmate Medical Record    Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 – November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

    Exhibit L

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: _4/13/17_     Date Placed in Segregation: _12/13/16_

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW     M.H. Code: _O_

ADOC Psychologist/Psychological Associate Conducting Review: _Shelia Brown, MS_

**MENTAL STATUS EXAMINATION:**     Institution: _Holman_

| *Affect:* ☐ Anxious/nervous ☐ Flat ☑ Appropriate | *Appearance:* ☐ Unkempt ☐ Disorganized ☑ Appropriate |
|---|---|
| *Concentration:* ☑ Focused ☐ Distracted | *Intellectual Functioning:* ☑ Normal ☐ Borderline ☐ Retarded |
| *Mood:* ☐ Depressed ☐ Elevated ☑ Euthymic  ☐ Irritable ☐ Manic | *Speech & Thoughts:* ☑ Normal ☐ Pressured ☐ Slurred  ☐ Stuttering ☐ Incoherent ☐ Tangential  ☐ Poverty of speech ☐ Flight of Ideas |
| *Orientation:* ☐ Disoriented ☑ Oriented to time, place and person | *Memory:* Short-term ☑ Good ☐ Poor   Long-term ☑ Good ☐ Poor |

## BEHAVIORAL OBSERVATIONS:

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

**COMMENTS:** _Stable_

## RECOMMENDATIONS:

☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Vincent, Santangelo_ | AIS # _272282_ |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference:
Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: _1/13/17_   Date Placed in Segregation: _12/13/16_

☑ 30 DAY REVIEW ☐ 90 DAY REVIEW   M.H. Code: _O_

ADOC Psychologist/Psychological Associate Conducting Review: _Shelia Brown, MS_

**MENTAL STATUS EXAMINATION:**   Institution: _Holman_

| *Affect:* ☐ Anxious/nervous ☐ Flat ☑ Appropriate | *Appearance:* ☐ Unkempt ☐ Disorganized ☑ Appropriate |
|---|---|
| *Concentration:* ☑ Focused ☐ Distracted | *Intellectual Functioning:* ☑ Normal ☐ Borderline ☐ Retarded |
| *Mood:* ☐ Depressed ☐ Elevated ☑ Euthymic    ☐ Irritable ☐ Manic | *Speech & Thoughts:* ☑ Normal ☐ Pressured ☐ Slurred ☐ Stuttering ☐ Incoherent ☐ Tangential ☐ Poverty of speech ☐ Flight of Ideas |
| *Orientation:* ☐ Disoriented ☑ Oriented to time, place and person | *Memory:* Short-term ☑ Good ☐ Poor    Long-term ☑ Good ☐ Poor |

**BEHAVIORAL OBSERVATIONS:**

| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
|---|---|---|---|
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

**COMMENTS:** _Stable_

**RECOMMENDATIONS:**
☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Vincent, Santangelo_ | AIS # _277282_ |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference: Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: _1/13/17_        Date Placed in Segregation: _12/13/16_

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW        M.H. Code: _O_

ADOC Psychologist/Psychological Associate Conducting Review: _Shelia Brown, MS_

### MENTAL STATUS EXAMINATION:        Institution: _Holman_

| | |
|---|---|
| *Affect:* ☐ Anxious/nervous  ☐ Flat  ☑ Appropriate | *Appearance:* ☐ Unkempt ☐ Disorganized ☑ Appropriate |
| *Concentration:* ☑ Focused  ☐ Distracted | *Intellectual Functioning:* ☑ Normal ☐ Borderline ☐ Retarded |
| *Mood:* ☐ Depressed ☐ Elevated ☑ Euthymic  ☐ Irritable  ☐ Manic | *Speech & Thoughts:* ☑ Normal ☐ Pressured ☐ Slurred  ☐ Stuttering ☐ Incoherent ☐ Tangential  ☐ Poverty of speech ☐ Flight of Ideas |
| *Orientation:* ☐ Disoriented ☑ Oriented to time, place and person | *Memory:* Short-term ☑ Good ☐ Poor  Long-term ☑ Good ☐ Poor |

### BEHAVIORAL OBSERVATIONS:

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

### COMMENTS:    Stable

### RECOMMENDATIONS:

☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Vincent Santangelo_ | AIS # _272282_ |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference:
Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005



**RELEASE OF RESPONSIBILITY**

Vincent, Santangelo          7-21-17 / 1145

Name of Inmate                              Date/Time

272282 / ███████

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_____ Sick-call _____

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

X  S.Vincent                              7-21-17 / 1145

Inmate Signature                          Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement
© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



**RELEASE OF RESPONSIBILITY**

Vincent, Santangelo                    7-10-17 @ 2040

Name of Inmate                                Date/Time

272282 / ███████

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sick Call

_____

_____

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

X S. Vincent                           7-10-17 @ 20⁴⁰

Inmate Signature                          Date/Time

T Harris LPN

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____

Witness

_____

Witness

_____

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                Revised  11/2015          © 2015 Corizon Health, Inc.
                                                        ADOC 010-127-004 –reviewed 012109

Exhibit L



**RELEASE OF RESPONSIBILITY**

Vincenti Santangelo _____ 6/30/17 @ 1035

Name of Inmate                    Date/Time

272282

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_____

Sick Call

_____

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

X _____                    6/30/17 @ 1035

Inmate Signature                    Date/Time

_____ RN

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____

Witness

_____

Witness

_____

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement
© 2015 Corizon Health, Inc.

CP7120AL
Issued 2/21/09          Revised 11/2015          ADOC 010-127-004 –reviewed 012109

Page 90                                        Exhibit L



**RELEASE OF RESPONSIBILITY**

Vincent, SAntangelo                    6/22/17  1745

Name of Inmate                         Date/Time

272282

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sick call

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

_____          _____

Inmate Signature                       Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Off. K. Johnson

Witness

X. ____ RN

Witness

6-22-17 1745

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement



**RELEASE OF RESPONSIBILITY**

Vincent, Santangelo

Name of Inmate

272282 /

Inmate ID Number / Date of Birth

6-9-17 @ 0515AM

Date/Time

I hereby refuse to accept the following treatment/recommendations:

Sick call

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

X    S.Vincent

Inmate Signature

6-9-17 @ 0515AM

Date/Time

T. Hurwod

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109

CP7120AL
Issued 2/21/09

Revised  11/2015

Exhibit L



**RELEASE OF RESPONSIBILITY**

Vincent, Santangelo                    5/31/17  1118

Name of Inmate                              Date/Time

272282

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sick Call — He only wanted to make
sure his glasses were still coming.

I acknowledge I have been fully informed of and understand the above treatments or recommendations and
the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its
employees and agents from all responsibility and ill effect, which may result from this action.

X  s.Vincent                             5/31/17  1118

Inmate Signature                          Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to
sign this form.

Witness

Witness

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                    Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109

Exhibit L

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

**Inmate Name** Vincent, Santangelo    **AIS #** 272282    **Date of Birth** 1/2/91

____ **Restriction:** _____

Start Date: _____    Stop Date: _____

____ **Limitations:** _____

Start Date: _____    Stop Date: _____

____ **Bottom Bunk. Stop Date:** _____

Start Date: _____    Stop Date: _____

____ **Stop Up** **and/or** **Lay In** *(circle one or both)*    Start Date: _____    Stop Date: _____

✓ **Other:** Back brace    Start Date: 5/25/17    Stop Date: 8/25/17

**Other Inmate Instruction (include start/stop date if indicated):**

_____

_____

J. Campbell, RN    J. Campbell, RN    HCU    5/25/17
**Health Professional**    **(Printed Name)**    **Health Division**    **Date**

**Notice to ADOC:**

____ Security Watch. *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____ Watch Housing Required: ___ Crisis Cell ___ Safe Cell ___ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _____

Special Instructions: _____

**Health Professional** **(Signature)** _____    **Title** ____    **Date** ____

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

<u>Original</u> (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    <u>Perforated Portion</u> (3rd page) – Inmate

NA0704AL
Issued 12/2014

© 2014 Corizon Health, Inc.

Page 94    Exhibit L

# ADOC

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Santangelo Vincent_      _272282_
(Print Name)                         (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis       describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

( ✓ )   Other       describe _back brace_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Santangelo Vincent_             _5/25/17_
(Inmate)                             (Date)

_J. Campbell, RN_             _5/25/17_
(Witness)                            (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Vincent, Santangelo | 272282 | ▮▮▮▮ | B/m | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**CORIZON** HEALTH™

### RELEASE OF RESPONSIBILITY

Vincent Santangelo          5/19/17    0850

Name of Inmate                              Date/Time

272282            ▮▮▮▮▮▮

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_Sick call_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

_Santangelo Vincent_                    5/19/17    0850

Inmate Signature                         Date/Time

_[signature]_

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____

Witness

_____

Witness

_____

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                 Revised 11/2015        © 2015 Corizon Health, Inc.
                                                      ADOC 010-127-004 –reviewed 012109

Exhibit L



**RELEASE OF RESPONSIBILITY**

43

SAntAngelo   VAcent                    4-20-17 @ 8 30/Am

Name of Inmate                         Date/Time

B-272282

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sick - call

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

Santangelo Vincent                    4-20-17 @ 8 30/Am

Inmate Signature                       Date/Time

J. Jennings

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____

Witness

_____

Witness

_____

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL                                © 2015 Corizon Health, Inc.
Issued 2/21/09          Revised  11/2015          ADOC 010-127-004 –reviewed 012109

Exhibit L



# CORIZON
### HEALTH™

**Restrictive Housing Record**
Initial Health Record Review

*2016 ROLL OVER – SEE ORIGINAL*

Date notified: 12-10-16    Time notified: 0703

Existing medical conditions precluding housing in segregation:
☑ No   ☐ Yes   If yes, describe:

Currently receiving mental health services: ☑ No   ☐ Yes
History of suicide watch or attempts? ☑ No  ☐ Yes   denies
Mental Health notified of admission to segregation:
☑ Yes   Date: 12-10-16 Time: 0703

Security notified:
☐ Not indicated   ☑ Yes   Date: 12-10-16 Time: 0703
Currently on medications:   ☐ No   ☑ Yes
Arrangements made for medication administration: ☐ Not indicated  ☑ Yes

Signature ___ Thore RN ___   Date: 2-10-16  Time: 0703

## Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | J | | J | | J | J | | | | J | J | a | J | | J | J | K | J | J | J | J | | J | | | | | | | |
| February | J | J | J | J | J | a | a | a | | | | | | | J | 3a | a | | J | J | J | J | J | J | J | J | J | J | a | | |
| March | a | a | a | J | J | | a | | | | | J | a | J | a | | | a | a | | J | | 95 | 95 | J | J | | | | | |
| April | a | J | a | J | J | J | J | | | J | J | J | a | | J DM | DM | J | J | J | J | J | J | J | J | | | | J | | M | J |
| May | | J | J | J | J | J | J | J | J | J | a | J | J | J | CE | J | J | J | J | J | J | J | J | J | J | J | | J | J | J |
| June | J | J | | | J | J | CE | CE | J | J | J | J | J | J | CE | J | J | | J | CE | | J | J | CE | a | J | J | J | J | J | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:
E. Callen Gt
J. Stewart a
B. Bull, LPN

C. Thomson
R. Danieh LPN
L. Lay
J. Jung RN

K.45

CONFIDENTIAL & PRIVILEGED: Quality improvement information

NAME: Vincent, Santangelo    I.D #: 272282    DOB: ▮▮▮▮    YEAR: 2017

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011    Revised 11/2014    © 2014 Corizon Health, Inc.

Exhibit L

Initial Health Review

**CORIZON** HEALTH

Name: Vincent Santangelo

AIS # 272282

Initial Assessment: Date 12-10-16

Vital Signs: B/P 148/94     P 72     R 16     T 98²     159#

Signs of Trauma: Yes _____ No ✓ Describe: _____

**Health Record Review**

Illness, Identified By Master Problem List: Ø

ADL Needs/Concern (Addressed/Cleared by Physician) Ø

Mental Code: Ø

Mental Health Notified on Date/Time: 12-10-16   0703
Chronic Care Clinics: Ø

Current Medications: zyrtec daily as needed

Time Patient was Assessed: 0703   Medical Records Reviewed: Yes ✓  No _____   Nurse's Signature: _____

Assessment:

S: "I'm alright"
O: Pt AO×3 Amb. c̄ diffu p̄ evidence of injury/distress
A: Benign [?]
P: Release to DOC

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

Profile Right or Left

Right or Left

CP60527AL-Reception Housing Record – ADOC Approved 04/2011     Revised 11/2014

© 2014 Corizon Health, Inc.

Page 99     Exhibit L


**C❍RIZON**
HEALTH™

**Restrictive Housing Record**
**Initial Health Record Review**

Date notified: 12-10-16    Time notified: 0703

Existing medical conditions precluding housing in segregation:
☑ No  ☐ Yes   If yes, describe:

Currently receiving mental health services: ☑ No  ☐ Yes

History of suicide watch or attempts? ☑ No  ☐ Yes   denia

Mental Health notified of admission to segregation:
☑ Yes   Date: 12-10-16  Time: 0715

Security notified:
☐ Not indicated  ☑ Yes  Date: 12-10-16  Time: 0703

Currently on medications:  ☐ No  ☑ Yes

Arrangements made for medication administration: ☐ Not indicated  ☑ Yes

Signature: EGray RN   Date 12-10-16  Time 0703

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | CG J | | | | | | J CG J | | | | | J | J J | | J | J J | | | | | W | | 7 |

Nurses sign & initial:   Ellen Gray RN  CG   (Thorne RN)

M-43

NAME: Vincent Santangelo    I.D #: 272282    DOB: [redacted]   YEAR: 2016

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011     Revised 11/2014

Exhibit L

© 2014 Corizon Health, Inc.

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Name: Vincent, Santangelo _____  AIS # _____

**CORIZON** HEALTH™

Initial Assessment: Date 12-10-16 _____

Vital Signs:   B/P 148/ay   P 72   R 18   T 98.2   159#

Signs of Trauma:   Yes ____   No X   Describe: _____

**Health Record Review**

Illness, Identified By Master Problem List: ∅

ADL Needs/Concern (Addressed/Cleared by Physician) ∅

Mental Code: ∅

Mental Health Notified on Date/Time: _____

Chronic Care Clinics: ∅

Current Medications: Zyrtec daily as needed

Time Patient was Assessed: 0703   Medical Records Reviewed: Yes ✓   No ____   Nurse's Signature: [signature]

Assessment:

S = "I'm alright."

O = Pt A+O x3, Amb ē diff. ∅ evidence of injury/distress.

A = Body chart

P = Release to DVC

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Profile Right or Left

Right or Left

CP60527AL-Restrictive Housing Record -- ADOC Approved 04/2011

Revised 11/2014

© 2014 Corizon Health, Inc.

Page 101

Exhibit L

I have received the *Access to Healthcare* information. I understand how to access health care and I understand the grievance process.

Santangelo Vincent   272282
_____
**Patient name**                    **AIS number**

1-13-16
_____
                          **Date**

_____
**CMS staff**

1-3-16
_____
                          **Date**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit L