IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| SANTANGELO VINCENT, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 17-0110-CG-B |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, the motion for summary judgment is **GRANTED** in favor of Defendants Grantt Culliver, Warden Cynthia Stewart, Warden Terry Raybon, Warden Mitchell, Lieutenant Ashley Kidd, Officer Gary Scarborough, Officer Timothy Vignolo, Nurse Ashley Wall, and Nurse Jonathan Langford, and the claims against them are **DISMISSED** with prejudice.

Plaintiff's claims of excessive force, failure to protect, and assault and battery against CERT Team Defendants McQuirter, Fountain, Bullard, Smith J. Pryor, J. Staniford, S. Terry, D. Whitley, D. Dennis, J. Griffin, B.

Walker, Duren, W. Streeter, Arthur, J. Baldwin, Lewis, Fleeton, Harrison, Robinson, Snelson, Brown, Edmond, Parker, J. Wilson, Knight, and Mixon will proceed.

**DONE and ORDERED** this 26th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE